TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANGELA C. MAKABALI (Cal. Bar No. 296824)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2331
     Facsimile: (213) 894-0141
     E-mail:    angela.makabali@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:21-00335-JAK |
|---|---|
| Plaintiff, | JOINT REPORT AS TO DEFENDANT JEFFREY DEAN MOFFATT |
| v. | |
| JEFFREY DEAN MOFFATT, | Pretrial Conference: 10/14/2021 at 8:30 a.m. |
| Defendant. | Jury Trial: 10/26/2021 at 9:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Special Assistant United States Attorney Angela C. Makabali, and defendant JEFFREY DEAN MOFFATT, by and through his counsel of record, Deputy Federal Public Defender Anuj Nadadur, having met and conferred by email on September 9, 2021, September 13, 2021, and September 16, 2021 hereby file this Joint Report pursuant to the Court's Standing Order for Criminal Cases.

//

//

**Status of Discovery**

1.   As of the date of filing, the government has produced about 1450 pages of discovery, including defendant's criminal history and bank records and certain relevant public records in its possession. The remaining discovery contains personal identifying information (PII), medical information, information subject to the Privacy Act, and other sensitive information.  Because the government has an ongoing obligation to protect the privacy and security of the information's legitimate owners, the government cannot produce to defendant an unredacted set of discovery containing this information without the Court entering the Protective Order.  Accordingly, the parties are currently meeting and conferring about a possible stipulation requesting a protective order.  Once a protective order is entered, the government plans to produce electronic discovery files to defense counsel on the secure file-sharing platform USAfx, including investigative reports, interview memoranda, other investigative documentary evidence, as well as audio recordings.

2.   Defendant has not yet produced any discovery to the government.

**Discovery Disputes**

3.   Defense counsel has not yet reviewed discovery as of this filing.  The parties do not have any discovery disputes at this time but reserve the right to raise any disputes or request further discovery as needed.

4.   The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

2

**Anticipated Pretrial Motions**

5.   The government does not anticipate filing any pretrial motions at this time, but reserves the right to file motions <u>in</u> <u>limine</u>.  Defense counsel is not currently aware of any pretrial motions in the case but reserves the right to file any pretrial motions and motions <u>in</u> <u>limine</u>.

**Trial Date**

6.   Trial is currently set for October 26, 2021, at 9:00 a.m. The pretrial conference is currently set for October 14, 2021, at 8:30 a.m.  The parties anticipate filing a joint request to continue the trial date.

//

//

//

**Anticipated Length of Trial**

7.    The government anticipates that its case-in-chief will last two to three days.  This estimate may change depending on whether defendant presents any evidence and whether the government presents a rebuttal case.

Dated: September 17, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


_____*/s/*_____
ANGELA C. MAKABALI
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: September 17, 2021          Respectfully submitted,


*/s/ with email authorization*
ANUJ NADADUR
Deputy Federal Public Defender

Attorney for Defendant
JEFFREY DEAN MOFFATT

4