**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY DEAN MOFFAT,<br><br>        Defendant. | No. 2:21-cr-00335-JAK<br><br>**ORDER RE EX PARTE APPLICATION TO DISCLOSE SEALED TRANSCRIPT TO COUNSEL (DKT. 45)** |

Based on a review of the Ex Parte Application to Disclose Sealed Transcript to Counsel (the "Application" (Dkt. 45)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested through the Application is **GRANTED**. The in camera and sealed portion of the transcripts for the status conferences held on July 28, 2022 and September 1, 2022 may be disclosed to counsel for Jeffrey Dean Moffat. Further dissemination shall be prohibited without court order. Absent further court order, these transcripts are to remain sealed and are not to be disclosed to the public.

**IT IS SO ORDERED.**

Dated:   September 12, 2022         _____

John A. Kronstadt
United States District Judge