# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Albertina Bocanegra | 2a. Contact Phone Number | 213-894-2645 | 3a. Contact E-mail Address | Albertina_Bocanegra@fd.org |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Ramanujan Nadadur | 2b. Attorney Phone Number | 213-894-2911 | 3b. Attorney E-mail Address | Anuj_Nadadur@fd.org |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012

| 5. Name & Role of Party Represented | Jeffrey Dean Moffatt, Defendant |
|---|---|
| 6. Case Name | USA v. Jeffrey Dean Moffatt |

| 7a. District Court Case Number | 2:21-CR-00335-JAK | 7b. Appeals Court Case Number | |
|---|---|---|---|

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Judy Moore

**9. THIS TRANSCRIPT ORDER IS FOR:**   ☐ Appeal ☒ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☒ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2022 | 57 | JAK | Redacted Minutes of Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ _____ | ORDINARY (30-day) |
| 10/06/2022 | 58 | JAK | Sealed Unredacted Minutes of Status Conference | ○ | ○ | ○ | ○ | ● | ○ | ○ _____ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Order to Unseal Transcripts granted Dkt No. 60

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date 10/24/2022    Signature /s/ Ramanujan Nadadur

G-120 (06/18)