**1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
HONORABLE JOHN A. KRONSTADT, U.S. DISTRICT JUDGE


UNITED STATES OF AMERICA,

    Plaintiff,

 v.           Case No.
            2:21-cr-00335-JAK
JEFFREY DEAN MOFFATT,

    Defendant.

_____


REPORTER'S TRANSCRIPT OF PROCEEDINGS
ZOOM STATUS CONFERENCE

**PORTION SEALED**

Thursday, September 1, 2022
9:19 A.M.

LOS ANGELES, CALIFORNIA


_____

JUDY K. MOORE, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, #4455
LOS ANGELES, CALIFORNIA 90012
213.894.3539

APPEARANCES

FOR THE PLAINTIFF:
MR. RAMANUJAN NADADUR
Deputy Federal Public Defender
321 East Second Street
Los Angeles, California 90012

FOR THE DEFENDANT:
MS. ANGELA C. MAKABALI
Assistant United States Attorney
312 North Spring Street, 12th Floor
Los Angeles, California 90012

(Proceedings commenced at 9:19 A.M.)

THE COURT:  Item 3, CR-21-335, United States v. Jeffrey Dean Moffatt.

Would you state your appearances, please, starting with the United States.

MS. MAKABALI:  Good morning, your Honor.  Angela Makabali on behalf of the United States.

THE COURT:  All right.  Good morning, Ms. Makabali.

MR. NADADUR:  Good morning, your Honor.  Deputy Federal Public Defender Anuj Nadadur on behalf of Mr. Jeff Moffatt, who's present by phone and out of custody.  And also joining me at the virtual counsel table is Supervisory Deputy Federal Public Defender Isabel Bussarakum.

THE COURT:  Good morning, Mr. Nadadur.  Good morning, Ms. Bussarakum.  Good morning, Mr. Moffatt.

Mr. Moffatt, are you able to hear all of us?

THE DEFENDANT:  Yes, sir.

THE COURT:  And do you understand that you have a right to be present in the courtroom today for today's hearing?

THE DEFENDANT:  I recognize that, yes.

THE COURT:  And do you give up that right and agree to participate solely by telephone today?

THE DEFENDANT:  Yes.  I'd rather participate from the -- from the Zoom, but I'm not able to get in, so while I keep trying to get on that, I agree to appear by telephone.

**4**

THE COURT:  All right.  If -- and please understand that the -- although you are appearing telephonically, the rules that apply to today's hearing are the same as if you were here in the courtroom, and those include that there are to be no recordings made of any type of today's hearing, audio, video, or anything else, and that if anyone -- you as well as others who are appearing by video, if anyone were to make such a recording, it would be in violation of a Court order.

THE DEFENDANT:  I understand.

THE COURT:  Thank you.  We are here to -- also, if during today's hearing, when counsel for -- when Ms. Makabali is present, if there's a time where you want to confer privately with Mr. Nadadur, please let me know, and the two of you could then mute yourselves and confer, I believe, by telephone.  Do you have a separate phone on which you could do that, Mr. Moffatt?

THE DEFENDANT:  I do.

THE COURT:  Okay.  And Mr. Nadadur?

MR. NADADUR:  I do, yes.  And it also looks like Mr. Moffatt has actually since been able to join the Zoom, so I just wanted to point that out for the Court as well.

THE COURT:  Thank you.

Mr. Moffatt, are you able to see others?

THE DEFENDANT:  Yes, sir.

THE COURT:  Okay.  We can't see you.  Do you want to

start your camera?

THE DEFENDANT:  I thought I had.  Oh, there we go. "Start video."

THE COURT:  All right.  There.  Now we can see you.

And, Mr. Moffatt, you understand that the earlier comments I made about no recordings apply -- continue to apply now that you're on the Zoom, as opposed to the phone?  You understand that, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  All right.

THE DEFENDANT:  Yes, sir.

THE COURT:  This is a follow-up from our -- excuse me -- prior hearing in July.

Mr. Nadadur, is there anything you'd like to say at this time, or do you request that we meet in camera?

MR. NADADUR:  I was going to request that we meet in camera, please, so that we can continue discussing the representation.

THE COURT:  All right.  Thank you.  Then, Ms. Makabali, if you would leave the Zoom meeting.  And then when we're ready to resume with the joint portion where everyone's present, our clerk will contact you and ask you to log back in.

MS. MAKABALI:  Certainly, your Honor.  I'm going to log off now.

THE COURT:  Thank you.

(Portion sealed, Page 6, Line 1, through Page 19, Line 22:)





8





10



**11**



**12**



**13**



14



**15**



16





18



19



COURTROOM DEPUTY:  Your Honor, she's coming back on.

THE COURT:  All right, Ms. Makabali is back.  Ms. Makabali, we have completed the portion of the hearing that was

**20**

in camera, and I've scheduled a further hearing for October 6, 2022, at a time to be determined when the final calendar for that date issues, and that will again be a Zoom hearing, absent some change.  It's a planned Zoom hearing.  If either side later requests to appear in person, let me know, make an appropriate filing, and we will do so.  We'll accommodate any such request.

Anything else we need to do today, Ms. Makabali?

MS. MAKABALI:  No, your Honor.

THE COURT:  Mr. Nadadur?  Anything further today, Mr. Nadadur?  Well, Mr. Nadadur appears to be frozen there.

Ms. Bussarakum?

MS. BUSSARAKUM:  Your Honor, I'm just trying to send him a message to see -- I don't think there's anything further today, your Honor.

THE COURT:  All right.  Then I'll see you on October 6th.  That concludes our hearing.  Thank you.

Thank you, Mr. Moffatt.

THE DEFENDANT:  Thank you.

(Proceedings concluded at 9:51 a.m.)

CERTIFICATE OF OFFICIAL REPORTER


COUNTY OF LOS ANGELES      )
                           )
STATE OF CALIFORNIA        )


     I, JUDY K. MOORE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


     DATED THIS 23RD OF OCTOBER, 2022.


     /s/Judy K. Moore
_____
    JUDY K. MOORE, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER