UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
HONORABLE JOHN A. KRONSTADT, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:21-cr-00335-JAK

JEFFREY DEAN MOFFATT,

Defendant.

REPORTER'S TRANSCRIPT OF PROCEEDINGS
STATUS CONFERENCE

**PORTION SEALED**

Thursday, October 6, 2022
10:12 A.M.

LOS ANGELES, CALIFORNIA

JUDY K. MOORE, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, #4455
LOS ANGELES, CALIFORNIA 90012
213.894.3539

APPEARANCES

FOR THE GOVERNMENT:
MS. ANGELA C. MAKABALI
Assistant United States Attorney
312 North Spring Street, 12th Floor
Los Angeles, California 90012

FOR THE DEFENDANT:
MR. RAMANUJAN NADADUR
Deputy Federal Public Defender
321 East Second Street
Los Angeles, California 90012

(Proceedings commenced at 10:12 a.m.)

THE COURT: Item 5, CR-21-335, United States v. Jeffrey Dean Moffatt.

Would you state your appearances, please, starting with the United States.

MS. MAKABALI: Good morning, your Honor. Assistant United States Attorney Angela Makabali on behalf of the United States.

THE COURT: All right. Good morning, Ms. Makabali.

And on behalf of Mr. Moffatt?

MR. NADADUR: Good morning, your Honor. Anuj Nadadur, Deputy Federal Public Defender, on behalf of Mr. Jeffrey Moffatt, appearing by video and out of custody. And also with me at counsel table is -- or virtual counsel table is --

THE COURT: Mr. Nadadur, we can't hear you. Can you either get closer to the microphone, or is there anything we can do to increase the volume here in the courtroom?

MR. NADADUR: Sure.

THE COURT: That's better. Thank you.

MR. NADADUR: Deputy Federal Public Defender Anuj Nadadur on behalf of Mr. Jeffrey Dean Moffatt, who's present by video and out of custody. And also with me is Ms. Isabel Bussarakum, Supervising Deputy Federal Public Defender.

THE COURT: All right. Good morning, Mr. Nadadur.

Good morning, Mr. Moffatt.

We are proceeding today by Zoom with the consent of all parties. Mr. Moffatt, do you understand that you have the right to be here in person?

THE DEFENDANT: Yes, your Honor.

THE COURT: And do you give up that right?

THE DEFENDANT: Yes.

THE COURT: Although we are proceeding in the fashion -- in this fashion, as you know from the prior hearing, the rules that apply here in the courtroom are the same that apply to you to the Zoom process so that -- including there are to be no recordings made of any portion or all of today's proceedings. That includes audio recordings, video recordings, still photographs, or anything else. If anyone were to make such a recording, it would be in violation of a Court order.

When we -- well, in our prior hearings, I set today as a status conference with respect to the prior in-camera proceedings and to determine if there had been -- determine the current status of them. So before I return to that in-camera process, is there anything you wanted to raise, Mr. Nadadur, before we do that?

MR. NADADUR: No, your Honor.

THE COURT: Ms. Makabali?

MS. MAKABALI: No, your Honor.

THE COURT: Then, Ms. Makabali, I'm going to ask you

to step outside, and we will come back -- and we'll come out and get you when we're ready to proceed other than in-camera. And this portion of the transcript will be sealed and in-camera subject to review by the Court, defense counsel, and Mr. Moffatt, and to no other person, party, other -- without a Court order.

(Portion sealed, Page 5, Line 7, through Page 15, Line 12.)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

THE COURT: All right. Ms. Makabali has returned. Ms. Makabali, we've concluded -- you're back. We've concluded our other discussions. Is there any other issue you wanted to raise today?

MS. MAKABALI: No, your Honor.

THE COURT: And, Mr. Nadadur, anything else?

MR. NADADUR: No, your Honor. Thank you.

THE COURT: All right. Thank you, everyone. That concludes our hearing.

THE DEFENDANT: Thank you, your Honor.

THE COURT: Thank you.

MS. MAKABALI: Thank you, your Honor.

(Proceedings concluded at 10:32 a.m.)

CERTIFICATE OF OFFICIAL REPORTER

COUNTY OF LOS ANGELES )
)
STATE OF CALIFORNIA )

I, JUDY K. MOORE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS 27TH DAY OF NOVEMBER, 2022.

/s/Judy K. Moore

JUDY K. MOORE, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER