CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CLAIRE ROGERSON (Bar No. 350191)
(E-Mail:  claire_rogerson@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
JEFFREY DEAN MOFFATT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00335-JAK-1 |
|---|---|
| Plaintiff, | **NOTICE OF REASSIGNMENT** |
| v. | |
| JEFFREY DEAN MOFFATT, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Claire Rogerson has been reassigned to represent Defendant Jeffrey Dean Moffatt, in place and stead of Deputy Federal Public Defender Ramanujan Nadadur.

//

//

1

Please make all necessary changes to the Court's Case Management/Electronic Case Filing System to accurately reflect this appearance and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 14, 2023          By   /s/ Claire Rogerson

CLAIRE ROGERSON
Deputy Federal Public Defender
Attorney for JEFFREY DEAN MOFFATT

2