Star Moffatt, Disability Rights Advocate
***Proposed Defendant Intervenor***
1070 West Barrel Springs Road, Box 11
Palmdale, CA  93551
Telephone No.: (661) 435-248
Email address: starmoffatt@gmail.com
Alternative Email address: star@moffattmedia.com

FILED

2025 MAR -5  PM 3: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ ari

Disability Rights Advocate for ("Alleged Defendant Jeffrey Dean Moffatt")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 21-00335-JAK |
| ) | |
| ) | **EX PARTE APPLICATION FOR** |
| ) | **TO INTERVENE AND REQUEST** |
| ) | **SPECIAL MASTER** |
| **Plaintiff, )** | **(Part 1)** |
| ) | |
| **V.** ) | |
| ) | |
| **JEFFREY DEAN MOFFATT,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| _____ ) | |

### *HONORABLE CHIEF JUDGE DOLLY MAIZE GEE*

### PRELIMINARY STATEMENT

*COMES NOW Defendant Disability Rights Advocate* and moves this

Exparte Application to Intervene, as *Proposed Defendant Intervenor* and Request

a Special Master be appointed onto this case.

The Proposed Defendant Intervenor moves the Court to be recognized as Disability Rights Advocate because ("Alleged Defendant") is a qualified Protected Class Member under the Americans with Disability Act of 1990, pursuant to 42 U.S. Code Section 12132.

Noting, Psychological and Scientific Evidence in Criminal Trials § 12:14 (human memory degrades "very rapidly after an event" and continues to "fade[] along with time"). As demonstrated by German philosopher Hermann Ebbinghaus's "Forgetting Curve," "the passage of time alone significantly erodes the completeness of witnesses' testimony." Allen, supra, at 119. And "[w]hile the rate of erosion diminishes with time, it never ceases to persist." Id. at 119-20.

This *Proposed Defendant Intervenor* Friends of the Court commits to make friendly recommendations to the Court and Special Master of the Court. A Special Master would also help to enforce that Defense Counsel and government Counsel, uphold ADA Mental Health Protections towards ("Alleged Defendant"), since being mentally compromised and suffers with a Traumatic Brain Injury (TBI), Tumor on outside of the Brain and Cysts forming inside the Brain, pursuant to Alleged Defendant's Neurologist.

**YOUR HONOR CHIEF JUDGE GEE:** *Proposed Defendant Intervenor* also ask of you and the Court to STAY the upcoming hearing dates scheduled in this case on 3/6/2025 (Pacer DOC #108 and (Pacer DOC #106 Final Pretrial Conference 3/27/2025), in order to allow the Court now to assign a Special Master, neutral and impartial to review.

**COURT ORDER DOC#74:** Honorable Judge Kronstadt issued **ORDER** (Pacer DOC #74), against *Proposed Defendant Intervenor-Disability Rights Advocate.*

Now by way of compliance with **ORDER** (Pacer DOC #74), this *Disability Rights Advocate,* submits this Exparte Application as *Proposed Defendant Intervenor* directly to YOUR HONOR GEE, for fear of being placed in criminal contempt by Judge Kronstadt, if had not submitted this document as an Exparte Application.

A Special Master would benefit the Court as and be a neutral party to this complex case.  Because this case reflects the profound unfairness of the rigid "improper prosecutorial motives" test and highlights why courts should be able to balance the circumstances of a particular case in evaluating Sixth Amendment and Due Process challenges to pre-indictment delay.

## FACTUAL BACKGROUND

The "Human memory degrades" as mentioned above and compounded with Defendant Jeffrey Dean Moffatt ("Alleged Defendant,") who is substantially mentally impaired, Suffers with a TBI and to mean: Traumatic Brain Injury, that was diagnosed in April 2014.

November 11, 2024, Brain impairments have been found by "Alleged Defendant's Neurologist doctor with Findings of a Brain Tumor on the outside of ("Alleged Defendant,") Brain and Cysts forming on the inside of his Brain. Alleged Defendant's Neurologist has recommended Defendant Moffatt to a Neurosurgeon for Brain Surgery and Endocrinologist.

Alleged Defendant's Neurologist doctor has informed ("Alleged Defendant,") to find ways with reducing Stress, because from 12/28/2023 through November 12, 2024, ("Alleged Defendant") has had four (4) Seizures that maybe come life threating. Stress reduction is the key, however, inducement of stress imposed by now adversarial third attorney assigned is compound ("Alleged Defendants") mental state of mind and body.

For convenience the Proposed Defendant Intervenor has provided **three (3) Attachments** as proof the Neurologist documents indicating ("Alleged

Defendant") MRI Test Results and referral to Brain Surgeon and Endocrinologist. The attachments are being incorporated herein by reference and listed as:

- MRI TEST FORM, **EXHIBIT A**

- REFERREAL NEUROSURGERY, **EXHIBIT B**

- REFERRAL FORM ENDOCRINOLOGY, **EXHIBIT C**

**Inducing Stress by NICOLAYSEN**: Third attorney Nicolaysen assigned onto this case is Gregory Nicolaysen, CA BAR #98544, has intentionally been inducing and causing more added stress upon ("Alleged Defendant,"), which is detrimental to Alleged Defendant's existing health conditions. Noting ("Alleged Defendant") had FIRED Nicolaysen SIX TIMES and final email terminating Nicolaysen on December 18, 2024, wasn't until February 14, 2025, finally submitted: **Case 2:21-cr-00335-JAK Document 108 Filed 02/14/25**

**Entitled:** EXPARTE APPLICATION FOR IN-CAMERA HERING RE DEFENDANT'S REQUEST FOR NEW COUNSEL. This caption is partly true. ("Alleged Defendant") did NOT in fact request an In-Camera Hearing, which before Judge Kronstadt, because ("Alleged Defendant") would preferred the hearing on 3/6/2025 to be made public before the Public, Peers, Family Members and Friends.

The inducing stress schemes by Nicolaysen with concealing favorable evidence of ("Alleged Defendant"), becoming an adversary and unethical conduct by submitting  fraudulent pleadings on the Court, Public and Defendant, lays heavy on Alleged Defendant's mind: (Brain) and (Heart). The same Heart that ("Alleged Defendant,") has one medical stint with a past Heart Surgery from a past Heart attack.

## NICOLAYSEN CONCEALED FROM THE COURT AND PROSECUTORS HEALTH CONDITION OF ("ALLEGED DEFENDANT")

April 17, 2024, ("Alleged Defendant") had Seizure #3.   On April 18, 2024, Nicolaysen, was made aware of Alleged Defendant's #3 Seizure, because Probation Pretrial Services wanted to do a Home Visit on April 19, 2024.

**See below Text Screen Shots between Proposed Defendant Intervenor and Nicolaysen, who was fully aware back in April 18, 2024, of  ("Alleged Defendant") having medical problems, but NICOLAYSEN decided to conceal from the Court, USA Plaintiff and their government Prosecutors.**

← G Gregory...   📞  📹   ⋮

Thursday, Apr 18 • 11:35 AM

**PT 1**

This is Gregory Nicolaysen. My heartfelt sympathy for Mr. Moffatt's medical situation. I am not available today but would greatly appreciate an email from you explaining ↓ is

← G Gregory...   📞   📹   ⋮

seizure. Where is **PT2**

he hospitalized. I

would like the

name / contact

info of his treating

physician. This

circumstance will

directly impact the

scheduling of our

next status

conference and

← G Gregory...  📞  📹  ⋮

**PT 3**

conference and the trial date. I will need to coordinate a signature on a HIPAA release form so I can obtain his medical records

My email is
gregnicolaysen@aol.com



**PROPOSED DEFENDANT INTERVENOR' MOTION IS TIMELY**

Moffatt has advised Nicolaysen was fired 12/14/2024, and Moffatt has been notified of a hearing on 3/6/2025, nearly 3 months later. Moffatt received the notice within 10 days of his notice, as such the request is timely. Moffatt on 12 24 2025 provided Gregory of medical condition's precluding Moffatt from

attending the 3 6 2025 hearing. Gregory has refused to provide the information to the court, this document is filed within nine (9) days of Gregory's refusal, as such is timely.

The importance of a Special Master be assigned to streamline this case on an urgency or the Court summarily dismiss after reviewing this Exparte Application to Intervene, as *Proposed Defendant Intervenor* and material substantial facts and favorable evidence of ("Alleged Defendant") being covered up by Gregory Nicolaysen, 6x Fired Defense Counsel and (USA) government Prosecutors.

The assignment of a Special Master and in the opinion of *Proposed Defendant Intervenor* would have restored hope from feeling loss of hope with NOT having Equal Access to Justice, Sixth Amendment Constitutional Rights have been trampled on and scorched and then ongoing honor story that keeps playing within his mind every day date of being illegal arrest on 9/3/2021, based on Constitutionally Invalid Arrest Warrants.

**PUNISHMENT:** ("Alleged Defendant") in discussions with this *Proposed Defendant Intervenor,* have repeatedly stated feelings as if the Court has punished ("Alleged Defendant") because *Proposed Defendant Intervenor* had recorded witnessing Psychological Abuse induced against Alleged Defendant

Moffatt, by Defense Attorney #2, Claire Rogers, can be watched and listened to with provide Source Link: https://moffattmedia.com/caught-on-video-verbal-abuse-by-federal-public-defender-2/

**FRAUDULENT PLEADINGS DOC #108** by Nicolaysen in Case 2:21-cr-00335-JAK Document 108

**FRAUD ON THE COURT** - See at Page 3, Line: 25, Paragraph 5 pleading reads in part: **"Mr. Moffat has declined my requests to meet by Webex video"**

*Proposed Defendant Intervenor* witnessed that ("Alleged Defendant") offered to meet-up on Zoom, which is a same platform the Court uses and also recommended to meet HDConference, However, Nicolaysen adamantly declined, and has misreported the communication regarding the issue of WebEx and how WebEx has been compromised.

("Alleged Defendant") explained that neither Zoom nor HDConference, are not showing ANY Hacker Security Vulnerabilities Reports and they could be recorded verbatim. However Nicolaysen adamantly would NOT be recorded. ("Alleged Defendant") said either Zoom or HDConference with recording could be used to even assist ("Alleged Defendant") go back and listen for note taking of

Page 12

what Nicolaysen would want him to do, since has issues with memory due to being substantially mentally impaired.  ("Alleged Defendant") also said the record would be verbatim for transparency. However, Nicolaysen refused to provide accommodation for their conversation to be recorded.  ("Alleged Defendant") offered to meet-up at Nicolaysen's office in Valencia, where better health air quality that would not affect Asthma.  However, Nicolaysen, refused in person meeting at his office and wondered if Nicolaysen operating only from a MailBox Drop.

**FRAUDULENT PLEADINGS DOC #100 and 101** by Nicolaysen (Pacer DOC#100 and Pacer DOC# 101) filed on May 21, 2024.

**Email was sent to Nicolaysen on July 1, 2024, below is email screenshot:**

FILE OBJECTIONS / STRIKES ON PROTECTIVE ORDERS: 100/101 .

**Jeffrey Moffatt** <jeffreydeanjustin@gmail.com>
to Gregory. me ▼

Jul 1, 2024, 1:57

**Brief (3)**

**July 1, 2024, Monday**

**To:** Gregory Nicolaysen, Attorney

**From:** Jeff Moffatt, Ret. Fed Attorney

RE: Criminal Docket #CR 21-00335-JAK

**PRETRIAL MOTION (OBJECTION/STRIKE ON PROTECTIVE ORDERS) 100/101**

Mr. Nicolaysen, Attorney:

*Recall we first spoke by telephone on May 3, 2024 at 2:04pm.* I was disappointed to learn of documents 100/1( filed on May 21, 2024, entitled: **"Stipulation and Joint Request for a Protective Order,"** ... Noting DOCs: 100 101 have a nexus to the Fraudulent Indictment against me.

DOCs: 100/101, which I can't believe that you didn't communicate to me prior, nor give me a copy of the fil documents. Therefore I am requesting you to file a Pretrial Motion for Objections & Strikes **DOCs: 100**/101 in th( entirety.

**DUPLICATIVE DOCUMENTS:** Documents 100 /101 filed on 5/21/2024, are a duplicate. Even **DOCs 100**/1( are a duplicate from **DOC** 21 filed back on 10/4/2021. **DOC** 21, I also did not receive any notice, communications agreement with the prior counsel.

**OBJECTION / STRIKE – Page 8, Lines 24-26 ¶p,** because YOU and I have NOT in fact spoken at ANY point a time "regarding this stipulation and proposed order thereon," of **DOC**'s: **100**/101 and as such an alleged Defendant do not agree to the "terms of the proposed order."

See Page 8, Lines 24-26, Paragraph p reads as follows:

> p.   Defense Counsel has conferred with defendant
> regarding this stipulation and the proposed order thereon, and
> defendant agrees to the terms of the proposed order.

**OBJECTION / STRIKE – Page 8, Lines 19-23 ¶o** because we have NOT in fact spoken at any point and tim wherein you advised me of "obligations under the Protective Order."

Page 14

**See Page 8**, Lines 19-23, Paragraph o reads as follows:

> o.    Defense counsel agrees to advise defendant and all members of the Defense Team of their obligations under the Protective Order and ensure their agreement to follow the Protective Order, prior to providing defendant and members of the Defense Team with access to any materials subject to the Protective Order.

**OBJECTION / STRIKE  Page 9** on both documents **100** and 101 that indicates  you electronically signed "with email authorization," that I am totally unaware of you signing off of **DOCs**: 100/101.  As such, I Object and Strik you e-signature.

**See Page 9**, of your supposed E-Signature reads below:

> DATED: May 21, 2024        /s/ with email authorization
> GREGORY NICOLAYSEN
> Attorney for Defendant
> JEFFREY DEAN MOFFATT

**OBJECTION / STRIKE  Page 4, Lines 7-9** on both documents **100** and 101 that indicates: "The Defense Tean does not include defendant, defendant's family members, or any other associates of defendant."

**See Page 4, Lines 7-9, that reads in pertinent part:**

> counsel who are providing assistance on this case.  The Defense Team does not include defendant, defendant's family members, or any other associates of defendant.

Defendant moves for Objection and Strike under 14th Amendment of the U.S. Constitution, because to NOT include or exclude alleged defendant from his own Defense Team would then deprive Defendant with communicating defense strategies of choice.

**There is absolutely no justification to NOT to exclude Defendant from the Defense Team.**

Excluding Defendant from his own Defense Team is an abuse of discretion, arbitrary and capricious.  Such an exclusion NOT to include the defendant to communicate with his own Defense Team without good cause also interferes with Defendants First, Fifth, Sixth Amendment Constitutional Protections.

For convenience of time, the Proposed Defendant Intervenor, has attached

a copy of Email dated July 1, 2024, depicts how DOCs:  100 and 101,

Page 15

incorporated herein by reference ARE FRAUD ON THE COURT, which then caused the Court in DOC 102, to have a nexus with 100 AND 101 FRAUD ON THE COURT .

## CONCLUSION

For the foregoing reasons, *Proposed Defendant Intervenor* respectfully request that this Court grant this Exparte Application to Intervene for the best interest ("Alleged Defendant, Moffatt.").

In the opinion of Proposed Defendant Intervenor has been denied Equal Access to Justice because Nicolayse, assigned by the Court being a Court Officer himself, is having abhorrent conflict of interest and unable to be impartial, failure to do a SINGLE PRETRIAL MOTION constitutionally challenging the Fraudulent Arizona 2016 Disbarment and entitled: Final Judgment Disbarment Order, that has a poor over NEXUS to this case promulgated by Arizona's Fraudulent Disbarment.

**WHEREFORE,** the *Proposed Defendant Intervenor* respectfully request to STAY HEARINGS: 3-6-2-25 and 3-2-2025 until have time to review this document.

**WHEREFORE,** *Proposed Defendant Intervenor* respectfully request that this Court grant assigning a SPECIAL MASTER on the case to review because

Proposed Defendant Intervenor eyes have witnessed much concerns of ("Alleged Defendant") being denied Equal Access to Justice and there exists a new for a Special Master to review that Judge Kronstadt was NOT properly assigned this case, rather HANDPICKED, which presents an abhorrent conflict of interest and along with Nicolaysen needs to discharged off this case and new counsel now needs to be appointed a fourth 4th time.

**WHEREFORE,** the Proposed Defendant Intervenor **PRAYS** for this Exparte Application to be granted.

Proposed Defendant Intervenor, declares under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March 2025, in Palmdale, California.

**Submitted by:**

Star Moffatt, Disability Rights Advocate, Proposed Defendant Intervenor for Mentally Impaired (Alleged Defendant Jeffrey D. Moffatt)

**Attachment 1, Antelope Valley Neuroscience Medical Group- Diagnosis Arachnoid Cyst, Seizure, referral for brain surgery, referral for Endocrinology.**

- MRI TEST FORM, EXHIBIT A
- REFERREAL NEUROSURGERY, EXHIBIT B
- REFERRAL FORM ENDOCRINOLOGY, EXHIBIT C

**Antelope Valley Neuroscience Medical Group**
42135 10th Street West  Ste 301, LANCASTER, CA 93534-6093
(661) 945-6931  Fax: (661) 945-4592

*11/18/2024  04:04 PM*
Page 1 of 1
Test Form

# Test Form

| | | |
|---|---|---|
| **Authorizing Provider:** Gautam  Kareti MD | **Service Provider:** | TESTING |
| **Signing Provider:**   Gautam  Kareti MD | | |
| **Phone:**        (661) 945-6931 | **Phone:** | |
| **Fax:**          (661) 945-4592 | **Fax:** | |

| | | |
|---|---|---|
| **Patient Name:**   JEFFREY  MOFFATT | **DOB:**  08/28/1964 | **SSN:** |
| **Home Phone:**  (661) 435-2487 | **Sex:**   M | |
| **Work Phone:** | | |
| **Resp. Provider:**  Gautam Kareti | | |

| Code | Description | Diagnoses |
|---|---|---|
| | MRI PIT W & W/O MRI PITUITARY W & W/O CONTRAST | ARACHNOID CYST (ICD-G93.0) (ICD10-G93.0)<br>SEIZURE (ICD-R56.9) (ICD10-R56.9) |

**Order Number:**        194593-2
**Auth#:**
**Quantity:**             1
**Start Date:**           11/18/2024
**Priority:**             Normal
**Electronically Signed By:**  Gautam  Kareti MD
**Signed Provider NPI:**   1134326697
**Signed on:**            11/18/2024   4:04:03PM
**Instructions:**

*Report run by Gautam Kareti*

**Antelope Valley Neuroscience Medical Group**
42135 10th Street West  Ste 301, LANCASTER, CA 93534-6093
(661) 945-6931  Fax: (661) 945-4592

*11/18/2024  04:06 PM*
*Page 1 of 1*
*Referral Form*

## Referral Form

| | |
|---|---|
| **Authorizing Provider:**  Gautam  Kareti MD | **Service Provider:**  REFERRALS |
| **Signing Provider:**     Gautam  Kareti MD | |

| | | | |
|---|---|---|---|
| **Phone:**  (661) 945-6931 | | **Phone:** | |
| **Fax:**  (661) 945-4592 | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:**  JEFFREY  MOFFATT | | **DOB:**  08/28/1964 | | **Age:**  60 Years | |
| **Home Phone:**  (661) 435-2487 | | **Sex:**  M | | **SSN:** | |
| **Work Phone:** | | | | | |
| **Resp. Provider:** Gautam  Kareti | | | | | |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| NEUROSURGERY | NEUROSURGERY | ARACHNOID CYST (ICD-G93.0) (ICD10-G93.0)  SEIZURE (ICD-R56.9) (ICD10-R56.9) |

**Order Number:** 194594-1
**Auth#:**
**Maximum Visits:** 0
**Start Date:** 11/18/2024          **End Date:**
**Duration:**
**Electronically Signed By:** Gautam  Kareti MD
**Signed Provider NPI:** 1134326697
**Signed on:** 11/18/2024  4:05:22PM
**Reason:**

*Report run by Gautam Kareti*

**Antelope Valley Neuroscience Medical Group**
42135 10th Street West  Ste 301, LANCASTER, CA 93534-6093
(661) 945-6931  Fax: (661) 945-4592

*11/18/2024  04:06 PM*
Page 1 of 1
Referral Form

## Referral Form

| | |
|---|---|
| Authorizing Provider:  Gautam  Kareti MD | Service Provider:  REFERRALS |
| Signing Provider:  Gautam  Kareti MD | |
| Phone:  (661) 945-6931 | Phone: |
| Fax:  (661) 945-4592 | Fax: |

| | |
|---|---|
| Patient Name:  JEFFREY  MOFFATT | DOB:  08/28/1964    Age:  60 Years |
| Home Phone:  (661) 435-2487 | Sex:  M    SSN: |
| Work Phone: | |
| Resp. Provider: Gautam  Kareti | |

| Code | Description | Diagnoses |
|---|---|---|
| ENDO | ENDOCRINOLOGY | ARACHNOID CYST (ICD-G93.0) (ICD10-G93.0)<br>SEIZURE (ICD-R56.9) (ICD10-R56.9) |

Order Number:        194594-2
Auth#:
Maximum Visits:      0
Start Date:              11/18/2024          End Date:
Duration:
Electronically Signed By: Gautam  Kareti MD
Signed Provider NPI:    1134326697
Signed on:              11/18/2024   4:05:22PM
Reason:

*Report run by Gautam Kareti*

Attachment 2, Notice of fraudulent filings and notice by Alleged Defendant Moffatt on July 1, 2024 of his objection and order to Attorney Nicolaysen to correct the fraudulent filings. Note, no correction to the fraudulent filings has ever been done, nor made the court record.

 Gmail

**Star Moffatt <starmoffatt@gmail.com>**

---

## FILE OBJECTIONS / STRIKES ON PROTECTIVE ORDERS: 100/101 ...

---

**Jeffrey Moffatt** <jeffreydeanjustin@gmail.com>                    Mon, Jul 1, 2024 at 1:57 PM
To: Gregory Nicolaysen <gregnicolaysen@aol.com>
Cc: Star Moffatt <starmoffatt@gmail.com>

**Brief (3)**

**July 1, 2024, Monday**

**To:** Gregory Nicolaysen, Attorney

**From:** Jeff Moffatt, Ret. Fed Attorney

RE: Criminal Docket #CR 21-00335-JAK

**PRETRIAL MOTION (OBJECTION/STRIKE ON PROTECTIVE ORDERS) 100/101**

Mr. Nicolaysen, Attorney:

*Recall we first spoke by telephone on May 3, 2024 at 2:04pm.*    I was disappointed to learn of documents 100/101 filed on May 21, 2024, entitled: **"Stipulation and Joint Request for a Protective Order," ...**  Noting DOCs: 100 & 101 have a nexus to the Fraudulent Indictment against me.

DOCs: 100/101, which I can't believe that you didn't communicate to me prior, nor give me a copy of the filed documents.    Therefore I am requesting you to file a Pretrial Motion for Objections & Strikes DOCs: 100/101 in their entirety.

**DUPLICATIVE DOCUMENTS:**  Documents 100 /101 filed on 5/21/2024, are a duplicate. Even DOCs 100/101 are a duplicate from DOC 21 filed back on 10/4/2021.  DOC 21, I also did not receive any notice, communications or agreement with the prior counsel.

**OBJECTION / STRIKE – Page 8, Lines 24-26 ¶p**, because YOU and I have NOT in fact spoken at ANY point and time "regarding this stipulation and proposed order thereon," of DOC's: 100/101 and as such an alleged Defendant, I do not agree to the "terms of the proposed order."

<u>See Page 8</u>, Lines 24-26, Paragraph p reads as follows:

> p.    Defense Counsel has conferred with defendant regarding this stipulation and the proposed order thereon, and defendant agrees to the terms of the proposed order.

**OBJECTION / STRIKE – Page 8, Lines 19-23 ¶**o because we have NOT in fact spoken at

any point and time wherein you advised me of "obligations under the Protective Order."

**See Page 8**, Lines 19-23, Paragraph o reads as follows:

> o.   Defense counsel agrees to advise defendant and all members of the Defense Team of their obligations under the Protective Order and ensure their agreement to follow the Protective Order, prior to providing defendant and members of the Defense Team with access to any materials subject to the Protective Order.

**OBJECTION / STRIKE  Page 9** on both documents 100 and 101 that indicates  you electronically signed "with email authorization," that I am totally unaware of you signing off of DOCs: 100/101.  As such, I Object and Strike you e-signature.

**See Page 9**, of your supposed E-Signature reads below:

> DATED: May 21, 2024            /s/ with email authorization
>                                GREGORY NICOLAYSEN
>                                Attorney for Defendant
>                                JEFFREY DEAN MOFFATT

**OBJECTION / STRIKE  Page 4, Lines 7-9** on both documents 100 and 101 that indicates: "The Defense Team does not include defendant, defendant's family members, or any other associates of defendant."

**See Page 4, Lines 7-9, that reads in pertinent part:**

> counsel who are providing assistance on this case.  The Defense Team does not include defendant, defendant's family members, or any other associates of defendant.

Defendant moves for Objection and Strike under 14th Amendment of the U.S. Constitution, because to NOT include or exclude alleged defendant from his own Defense Team would then deprive Defendant with communicating defense strategies of choice.

**There is absolutely no justification to NOT to exclude Defendant from the Defense**

**Team.**

Excluding Defendant from his own Defense Team is an abuse of discretion, arbitrary and capricious. Such an exclusion NOT to include the defendant to communicate with his own Defense Team without good cause also interferes with Defendants First, Fifth, Sixth Amendment Constitutional Protections.

Additionally, as an alleged Defendant there must be a meaningful way for Defendant to participate-communicate in crafting his own defense, but to be excluded even in the slightest Protective Order, would violate Defendant's Sixth Amendment Constitutional rights and protections.

"While the Sixth Amendment guarantees the right of assistance of counsel, that right does not require the defendant to surrender control entirely to his representative, because to NOT include or exclude alleged defendant from his own defense team would cause Defendant to surrender control entirely when not of necessity. *See* **Sixth Amendment 6.5,7 "Limits on Role of Attorney," to mean Defense Attorney or Defense Team.**

"Defense Team does not include … associates of defendant," this is prejudicial and a bias scheme without good cause. **Defendant also objects and moves strike under Federal Rules of Criminal Procedure Rule 12(b)(3)(i);(iv)(iii) and 12(b)(3)(C), at Page 4, Lines 7-9.**

"Defense Team does not include … defendant's family members," this type of exclusion directed at defendant's family members is abuse of discretion, because some of Defendant's family members are also legally trained. Some of Defendants family members are also multicultural Black Americans and to be excluded from Defense Team seems this pleading is subliminally racially discriminatory.

Defendant also objects and moves to strike pleadings related to defendant's family members under **Federal Rules of Criminal Procedure Rule 12(b)(3)(i);(iv)(iii) and 12(b)(3)(C), at Page 4, Lines 7-9.**

**Not being able to write down information impacts my ability to confront any witnesses, as well as impacts my ability to defend myself from the Prosecution.** The "Stipulation and Joint Request for a Protective Order," … you signed without my consent and on my behalf negatively impacts my ability to defend myself, as such I wish to have the May 24, 2024 documents: (100 & 101) as well as the 2021 version stricken entirely and removed from the public docket history.

.

**OBJECTION / STRIKE**  **Page 5, Lines 23-25** on both documents 100 and 101 that indicates:

```
23   this case at any time.   Defendant also may not write down or
24   memorialize any data or information contained in the Confidential
25   Information.
```

Page 5 Lines 23-25 abstracted above are both civil and human rights violations, which induce cruel and unusual punishments.

The cruel and unusual punishment to plead that "Defendant may not write down or memorialize any data," is arbitrarily fashioned without legitimate justification.

Advising Defendant that Defendant may NOT write down, also imposes restraints upon Defendant's hands, which inflicts cruel and unusual punishment not used for legitimate justifications, but rather for sadistic, retaliatory and punitive purposes. *For all the foregoing reasons Defendant moves for Objection/Strike under: Fifth Amendment, Sixth Amendment, Eighth Amendment and Fourteenth Amendment Constitution and Federal Rules of Criminal Procedure Rule 12(b)(3)(i);(iv)(iii) and 12(b)(3)(C).*

**CONCLUSION:**

As an alleged Defendant I am beyond perplexed that you would E-sign documents 100/101. You may NOT even be aware that documents 100/101 are duplicative of DOC 21 filed 10/4/2021, that we did NOT confer nor agree to, and maybe not knowing that we never consulted or agreed with decided, incorrectly to make a duplicate entry.

I am requesting YOU to file a Pretrial Motion for Objections & Strikes, listed above expeditiously to protect my guaranteed Sixth Amendment Constitutional rights.

For all the foregoing reason mentioned above this alleged Defendant who is facing 105 years in Federal prison on nonviolent felonious offenses due to a Fake Indictment, I look forward to hearing back from you promptly as to when you will file Objections and Strikes DOCS: 100/101 & DOC 21.

Since I am now wearing "Shoes of Injustices," when I am vindicated, I will join individuals like you, representing equally wrongfully convicted persons.

Furthermore, to go from, making the U.S. World Teams representing the United States of

America, in Brazilian Jiu-Jitsu. Judo and Wrestling. Being legally trained with 20 years experience, and having five (5) college degrees to then be illegally shackled like a slave from my wrist, midriff and my ankles placed into iron shackles on alleged non-violent offense is beyond inhumane and UnAmerican! Thanks, in advance for correcting this issue.

--

*/s/Dr. Jeffrey Moffatt "Retired" Federal Attorney*

Telephone No.: (661) 435-2417  CONFIDENTIALITY NOTICE:  This e-mail and any attached documents contain information, which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521