# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00335-JAK |
| Plaintiff, | **ORDER RE *EX PARTE* APPLICATION TO INTERVENE AND REQUEST SPECIAL MASTER (DKT. 117)** |
| v. | |
| JEFFREY DEAN MOFFATT, | |
| Defendant. | |

1

On March 5, 2025, non-party Star Moffatt filed an *Ex Parte* Application to Intervene and Request Special Master (the "Application" (Dkt. 117)). The Federal Rules of Criminal Procedure do not permit a third-party to intervene in a criminal matter. *See United States v. Van Dyck*, 866 F.3d 1130, 1133 (9th Cir. 2017) ("As a general rule, individuals lack standing to intervene in criminal prosecutions.") (citing *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973) ("[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another.")). Accordingly, the Application is **DENIED**.

**IT IS SO ORDERED.**

Dated:  March 7, 2025

_____
John A. Kronstadt
United States District Judge

2