UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | LA CR21-00335 JAK | Date | March 20, 2025 |
|---|---|---|---|

Present: The Honorable    John A. Kronstadt, United States District Judge

Interpreter

| Daniel Torrez | Miranda Algorri | Nisha Chandran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Dean Moffatt | X | | X | Gregory Nicolaysen, CJA | X | X | |
| | | | | Benjamin Lechman, CJA | X | X | |

**Proceedings:    STATUS CONFERENCE**

Counsel address the Court regarding the trial schedule. Counsel stipulate to a continuance of the trial date from April 8, 2025 to June 10, 2025; provided, however, the Government will object to any further continuance of the trial date. Defendant provides an oral waiver of his rights to a speedy trial based on this continuance. On or before March 31, 2025, the parties shall file a corresponding, and more detailed stipulation and proposed order regarding a continuance of the trial date and Defendant's waiver of his speedy trial rights. The Final Pretrial Conference set for March 27, 2025, is continued to May 22, 2025, at 1:30 pm., with the precise time to be determined once the calendar issues for that date. All pretrial filings shall be filed on or before May 8, 2025, and conform to the Court's Standing Order.

**IT IS SO ORDERED.**

:    17

Initials of Deputy
Clerk    DT

cc: USPO