UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY DEAN MOFFATT and UNITED STATES OF AMERICA,<br><br>    Defendants - Appellees,<br><br>  v.<br><br>STAR MOFFATT,<br><br>    Movant - Appellant. | No. 25-1858<br><br>D.C. No.<br>2:21-cr-00335-JAK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  TASHIMA, OWENS, and DESAI, Circuit Judges.

The motion to dismiss (Docket Entry No. 8) is granted.

All other pending motions are denied as moot.

No further filings, including motions for reconsideration, will be entertained in this case.

The mandate will issue forthwith.

**DISMISSED.**