**JEFFREY DEAN MOFFATT, JD, MBA, BS and LL.M (Pro Se)**
**1070 West Barrel Springs Road, Box 11**
**Palmdale, CA 93551**
**Email Address: jeffreydeanjustin@gmail.com**
**Telephone No.: (661) 435-2417**



**FILED**
CLERK, U.S. DISTRICT COURT

**5/14/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>JEFFREY DEAN MOFFATT,   )<br>)<br>)<br>Defendant   )<br>)<br>_____ ) | 2:21-CR-00335-JAK<br><br><br>**EXPARTE APPLICATION**<br>**REQUEST FEE WAIVER**<br>**RE:TRANSCRIPTS** |

Defendant Jeffrey Dean Moffat, ProSe hereby files this Ex Parte

Application, and reminds the court of the 9/3/2021 Financial Affidavit Doc 12, and

requests the court approve a fee waiver regarding the transcripts from the following dates:

- 5/1/2025, DKT#142 (EX PARTE APPLICATION FOR IN CAMERA HEARING);

- 3/6/2025, DKT#120 (SEALED);

- 6/8/2023, DKT#79 (SEALED);

- 10/6/2022, DKT#58 (SEALED);

- 9/1/2022, DKT#47 (SEALED); and

- 7/28/2022, DKT#39 (SEALED)

**DATED:** May 21, 2025

By:

Jeffrey Dean Moffatt, Alleged Defendant, JD, MBA, BS and LL.M (Pro Se)
Retired 20 year Former Federal Attorney / Former Four Time Pan Am
Champion BJJ /Two Time U.S. Team Greco Roman,
Two time Iowa State Letter Winner Wrestling.
1070 W. Barrel Springs Road, Box 11
Palmdale, CA  93551
Email Address: jeffreydeanjustinmoffatt@gmail.com
Telephone No.: (661) 435-2417

## <u>DECLARATION OF JEFFREY DEAN MOFFATT</u>

I am an alleged Defendant in the matter and in Judge KRONSTADT'

ORDER DKT#145, filed 5/5/2025, and ORDERED me to proceed Pro Se.

1. Defendant is requesting the Transcripts to be Ordered for in

   compliance with the Ninth Circuit Courts Time Schedule ORDER

   Docket #2.1, dated 5/13/2025, DOCKET#25-3067; and

2. The Appeal Transcript Order is due 5/27/2025.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

**DATED:** May 21, 2025

By:

Jeffrey Dean Moffatt, Alleged Defendant, JD, MBA, BS and LL.M (Pro Se)
Retired 20 year Former Federal Attorney / Former Four Time Pan Am
Champion BJJ /Two Time U.S. Team Greco Roman,
Two time Iowa State Letter Winner Wrestling.
1070 W. Barrel Springs Road, Box 11
Palmdale, CA  93551
Email Address: jeffreydeanjustinmoffatt@gmail.com
Telephone No.:  (661) 435-2417