UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | LA CR21-00335 JAK-1 | | Date | May 30, 2025 |
|---|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | |

| Daniel Torrez | | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present  Cust.  Bond | Attorneys for Defendants:  Present  App.  Ret. |
|---|---|---|

**Proceedings:**  **(IN CHAMBERS) ORDER RELIEVING COUNSEL AND APPOINTING NEW CJA COUNSEL**

Michael M. Crain is relieved as counsel for Jeffrey Dean Moffatt. Kenneth Alan Reed is hereby appointed as counsel for Jeffrey Dean Moffatt.

**LAW OFFICE OF KENNETH ALAN REED**
**406 W. 4th Street**
**Santa Ana, Ca. 92701**
**(714) 953-7400**
**Kenneth@kennethreedlaw.net**

**IT IS SO ORDERED.**

                                                                                                    :

                                                                    Initials of Deputy
                                                                    Clerk    DT

cc: Office of the US Attorney; United States Probation & Pretrial Services