# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY DEAN MOFFATT,<br><br>Defendant. | No. 2:21-cr-00335-JAK<br><br>**ORDER RE "EX PARTE APPLICATION REQUEST FEE WAIVER RE: TRANSCRIPTS" (DKT. 161) AND "EX PARTE APPLICATION REQUEST 'SEALED' TRANSCRIPTS FOR APPEAL" (DKT. 160)** |

1

On May 14, 2025, Defendant filed an "Ex Parte Application Request Fee Waiver Re: Transcripts" (the "EPA re Fee Waiver"). Dkt. 161. The EPA re Fee Waiver is **DENIED** as moot, because no fee waiver is necessary for Defendant to request transcripts at this time.

On May 21, 2025, Defendant filed an "Ex Parte Application Request 'Sealed' Transcripts for Appeal" (the "EPA re Sealed Transcripts for Appeal"). Dkt. 160.

Based on a review of the EPA re Sealed Transcripts for Appeal, sufficient good cause has been shown for the requested relief. Therefore, the EPA re Sealed Transcripts for Appeal is **GRANTED IN PART**, as follows:

Should Defendant's CJA counsel request them, Defendant's CJA counsel may be provided with the transcripts for the proceedings on July 28, 2022, September 1, 2022, October 1, 2022, June 8, 2023, March 6, 2025, and May 1, 2025. Notwithstanding the foregoing, the portions of these proceedings that were sealed and/or in camera by an Order of this Court shall remain sealed and/or in camera.

**IT IS SO ORDERED.**

Dated:  June 4, 2025

_____
John A. Kronstadt
United States District Judge

2