UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | LA CR21-00335 JAK | Date | June 5, 2025 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|

| Interpreter | |
|---|---|

| Daniel Torrez | Suzanne McKennon | Nisha Chandran |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Dean Moffatt | X | | X | Kenneth Reed | X | X | |

**Proceedings:**   **STATUS CONFERENCE (DKT. 152)**

The status conference is held. Counsel address the Court as to potential scheduling issues that each may have with the September 9, 2025 trial date. Based upon the trial calendars of the Court and counsel with respect to other matters, the jury trial in this action is set for August 19, 2025. Defendant provides an oral waiver of his rights to a speedy trial based on this trial date. Counsel state that they will file a corresponding, and more detailed stipulation and proposed order regarding a change of the trial date and Defendant's waiver of his speedy trial rights. The Final Pretrial Conference is set for July 17, 2025, at 10:00 a.m., with the precise time to be provided when the calendar issues for that date.

**IT IS SO ORDERED.**

|  | : | 17 |
|---|---|---|
| Initials of Deputy Clerk | DT | |

cc: Office of the US Attorney; United States Probation & Pretrial Services