**Kenneth A. Reed**
**Law Offices of Kenneth A Reed**
**406 West Fourth Street**
**Santa Ana, CA 92701**
**(714) 953-7400**
**Fax: (714) 953-7412**
**Kenneth@kennethreedlaw.net**

Attorney for Jeffrey Moffatt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>JEFFREY MOFFATT,<br><br><br>                    Defendant. | Case No.:21-cr-00335-JAK-1<br><br>**DEFENDANT'S STATEMENT REGARDING:  PROPOSED VOIR DIRE QUESTIONS, WITNESS LIST, PROPOSED JURY INSTRUCTIONS, PROPOSED VERDICT FORMS, ISSUES REGARDING EXHIBITS** |

## Introduction

Per the Court's order, defense counsel submits his statement regarding proposed Jury Voir Dire Questions, anticipated Witness list, Proposed Jury Instructions, Proposed Verdict Forms, and list of exhibits or issues regarding the Govermment's proposed exhibits.

Dated: July 16, 2025

*Kenneth Reed*
_____
Kenneth A. Reed
Counsel for Defendant
Jeffrey Moffatt

## Proposed Voir Dire Questions

At its essence, the primary purpose of voir dire in federal court is to ensure a fair trial by selecting an impartial jury.  For a defense counsel, the nature of the case determines the strategy in this regard.  While may be issues that defense would tactically concede in an effort to garner credibility with the trier of fact, that is a tactical avenue  am unable to do that in this matter.  Having stated that, the defense will rely court's questioning of the jurors, and then request the court indulgence, depending on the individual juror's response on the question of "cause challenges".

## Defense Witnesses

The defense does not have any witnesses that would need to be declared at this stage in the trial.  Defense counsel has seen the "in camera" filing of the government, but can only surmise the names of the actual witnesses. Defense counsel reserves the right to call impeachment witness should the need arise, subject to the Court's approval.

## Jury Instructions

Defense counsel has reviewed the list of instruction submitted by the government. The defense agrees to this list of jury instruction. Defense would ask the Court to give the appropriate insruction to the jury should the defendant

US v. Moffatts
**Defendant's Trial Preparation Filing**
Case No: 20-cr-0238-JLT-20

choose to testify[1].  That decision has not been mae at the time of this filing.

### Proposed Verdict Forms

Defense counsel agrees with the proposed verdict form submitted by the government in its filing.

### Exhibit Lists and/or Issues with Exhibits

Defense counsel has reviewed the proposed the Exhibits of the government. While stipulating to those instructions are not possible as this time. Counsel does not maintain that there is an objection based on the Federal Rules of Evidence. Counsel would reserve the right to make "cumulative" and foundational objection as to some of the records.

Respectfully submitted,

_Kenneth Reed_
_____
Kenneth A. Reed
Counsel for Defendant
Jeffrey Moffatt

---

[1] 6.4 Defendant's Decision to Testify

US v. Moffatts
**Defendant's Trial Preparation Filing**
Case No: 20-cr-0238-JLT-20