**JEFFREY DEAN MOFFATT, TBI, JD, MBA, BA and LL.M (Pro Se)**
**1070 West Barrel Springs Road, Box 11**
**Palmdale, CA  93551**
**Email Address:** jeffreydeanjustin@gmail.com
**Telephone No.: (661) 435-2417**

Jeffrey Dean Moffatt, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
9/12/25
CENTRAL DISTRICT OF CALIFORNIA
BY ____MRV____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>v.<br><br>JEFFREY DEAN MOFFATT,<br><br>                    Defendant. | DISTRICT COURT DOCKET NO.: 2:21-cr-00335-JAK-1<br><br>**JUDCIAL NOTICE# 2 –**<br>**EX PARTE APPLICATION TO STAY THIS CASE**<br><br>**UNDERLYING CASE DOCKET #LA CV17-06029-VBF-DFMx**<br><br>**SEE DKT#226 FILED 08/28/2025 BY HONORABLE JUDGE VALERIE BAKER FAIRBANK SENIOR UNITED STATES JUDGE**<br><br><br>Honorable Judge John A. Kronstadt, United States District Court Judge<br><br>Trial Date: 9/30/2025 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

**RECORD:**  Defendant moves the court with filing Judicial Notice, pursuant to

Federal Rules of Evidence Rule 201.  The underlying case # LA CV17-06029-

VBF-DFMx, has been ORDERED by Honorable Judge Valerie Baker Fairbank,

Senior United States District Judge.  Honorable Judge Baker Fairbank issued an ORDER in Document #226, filed on 08/28/2025 and requested "Scheduling Response & Reply Briefs on FRCP 60(b)Motion.  Defendant State of Arizona, et al., is due on 10/10/2025, a Response Brief; and 11/20/2025, Plaintiff Moffatt in this case is due a Reply Brief.

Attached to this document is Honorable Judge Valerie Baker Fairbank, Senior United States District Judge, ORDER of 08/28/2025, marked as Exhibit A and incorporated herein by reference.

This Court directed Defendant to keep it apprised of the actions in the underlying matter. Additionally, Defendant filed a Ex Parte Application to Stay this criminal case in the underlying civil matter, given that the court has tentatively denied any opportunity for Defendant to bring in any Evidence and Pretrial Motions.   Defendant additionally asks this court to stay the criminal matter, pending the outcome of the civil action, since the viability and constitutionality of the disbarment are still at issue.

Additionally, the New Mexico Carlsbad Police Department, has finally produced documents showing that Defendant and his wife Star Moffatt, are victims of Extortion, in response to a Subpoena, which had been mentioned by Defendant months ago.

Confession Audiotapes of the admitted Political Extortion schemes, are documented to have existed, however, the Carlsbad Police Department is still searching for the evidence of Confession Audiotapes also another underlying issue to this case.

Actual texts will show that Defendant was asked to pay $25,000 to the individual that made the Arizona complaint, actually making a mockery of the Arizona situation.

For all the foregoing reasons stated above, Defendant request the Court take Judicial Notice of Exhibit A supporting this document and request Stay in sync with the underlying case because the criminal case was NOT Ripe at the time filed in July 23, 2021.   The underlying original Civil case, that was filed in August 14, 2017.

**Dated:  9-12-2025, Friday**


**By:**
**/s/_____**
JEFFREY DEAN MOFFATT, TBI, JD, MBA, BS and LL.M (Pro Se)
1070 West Barrel Springs Road, Box 11
Palmdale, CA  93551
Email Address: jeffreydeanjustin@gmail.com
Telephone No.: (661) 435-2417

Exhibit A

Honorable Judge Valerie Baker Fairbank's

Order – 8/28/2025, Thursday

Doc # 226

"Scheduling Response & Reply Briefs on FRCP 60(B) Motion"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JEFFREY D. MOFFATT,**<br><br>                    Plaintiff,<br><br>         v.<br><br>STATE OF ARIZONA et al.,<br><br>                    Defendants. | **ORDER**<br><br>LA CV 17-06029-VBF-DFMx<br><br>Scheduling Response & Reply Briefs on FRCP 60(b) Motion |

This Court entered final judgment in favor of defendants and denied plaintiff's ensuing motion for relief from judgment on September 30, 2020.  *See* CM/ECF Document 222.

Proceeding pro se, on August 24, 2025, plaintiff filed another Fed. R. Civ. P. 60(b) motion for relief from judgment (Doc 224), which was docketed on August 26, 2025.

**No later than October 10, 2025, defendants SHALL FILE a response brief.**

**No later than November 20, 2025, plaintiff MAY FILE a reply brief.**

IT IS SO ORDERED.

Dated: August 28, 2025

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge