BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
NISHA CHANDRAN (Cal. Bar No. 325345)
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorneys
Major Frauds Section/National Security Division
     1100/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429/5564
     Facsimile: (213) 894-0141
     Email:    nisha.chandran@usdoj.gov
               david.lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00335-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS REPORT AND REQUEST FOR STATUS CONFERENCE |
| v. | Trial Date:   October 1, 2025 |
| JEFFREY DEAN MOFFATT, | Location:     Courtroom of the Hon. John A. Kronstadt |
| Defendant. | |

On September 12, 2025, the Court issued an order continuing the date for trial from September 30, 2025, to October 1, 2025.  (Dkt. 228.)  In that Order, the Court requested that, if any new issues arose prior to trial, the parties file a request for status conference to be held on September 30, 2025, at 8:30 a.m.  (Id.)  The government hereby requests a status conference to discuss the status of the government's pretrial documents and other trial matters.

To date, defendant has not responded to the government's exhibit list, proposed statement of the case, proposed jury instructions, proposed verdict form, or witness list.  Most of these documents were

filed in July 2025 (Dkts. 180, 181, 182, 183, and 224.)  The government requested to meet and confer with defendant on September 8, 2025, but has not heard back despite multiple attempts to reach defendant and reminding defendant of the Court's Criminal Trial Order requirements.  Instead, on September 17, 2025, defendant filed a notice of appeal regarding the Court's order (Dkt. 227) denying defendant's pretrial motions (Dkt. 233).[1]  For the same reasons stated in the Court's May 14, 2025, order regarding a previous attempt by defendant to file an improper interlocutory appeal, defendant' appeal is "improper in light of the absence of any final judgment in this matter," and this Court should make clear that it "retains jurisdiction to proceed" with trial as scheduled on October 1, 2025.  (Dkt. 151.)

In addition, defendant set forth multiple factual assertions in his proposed jury instructions that he suggested would be discussed at trial.  (Dkt. 226.)  The government objected to those jury instructions. (Dkt. 238.)  The government has not received any discovery, witness disclosures, or expert disclosures from defendant.

Accordingly, a status conference is needed for the Court to inquire of defendant regarding his position on the government's pretrial filings and his own case, if any, and to remind defendant of his obligations under the Court's Criminal Standing Order.

---

[1] Defendant's notice of appeal was not docketed until September 23, 2025.