LAW OFFICES OF HUMBERTO DIAZ
HUMBERTO DIAZ (No 157692)
(E-mail:  JHDiazLaw@gmail.com)
714 West Olympic Blvd., Suite 610
Los Angeles, CA   90015
Telephone (213) 745-7477
Facsimile  (213) 745-7447

Advisory Counsel for Defendant
JEFFREY DEAN MOFFATT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-21-0335-JAK-1 |
| Plaintiff, | DEFENDANT JEFFREY DEAN MOFFATT'S REQUEST FOR JUDICIAL NOTICE |
| v. | |
| JEFFREY DEAN MOFFATT, | |
| Defendant. | |

Defendant JEFFREY DEAN MOFFATT, through his Advisory

Counsel, hereby submits the attached request for judicial notice.


Respectfully Submitted,

October 3, 2025                    By  */s/ Humberto Diaz*
                                        HUMBERTO DIAZ
                                        Advisory Counsel to Defendant

**JEFFREY DEAN MOFFATT, TBI, JD, MBA, BA and LL.M (Pro Se)**
**1070 West Barrel Springs Road, Box 11**
**Palmdale, CA  93551**
**Email Address:** jeffreydeanjustin@gmail.com
**Telephone No.: (661) 435-2417**

Jeffrey Dean Moffatt, Pro Se

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY DEAN MOFFATT,<br><br>Defendant. | **DISTRICT COURT DOCKET NO.**: 2:21-cr-00335-JAK-1<br><br>**JUDICIAL NOTICE**<br><br>**DISCOVERY AND TRIAL EXHIBITS UNAVAILIABLE BROKEN LINKS**<br><br>Honorable Judge John A. Kronstadt, United States District Court Judge<br><br>Trial Date: 9/30/2025 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

**RECORD:** Defendant moves the court with filing this Judicial Notice pursuant

to Rulee 201 (c)(2).    Government has not provided Discovery and Trial Exhibits.

On 9/30/2025 Defendant was relieved of his inability to defend himself via

Document 121 Page 4, Paragraph d, lines9-11. This 9 30 2025  Status Conference

Hearing the Court gave a deadline of 10-2-2025 for Defendant to respond to

17,000 documents of governments documents consisting of Discovery and Trial Exhibits.

Defendant will move for Requesting a Suppression Hearing on the 17,000 **NOT** available or in the alternative to Continue Trial for compliance of Rule 16 **Attached is Exhibit A**, David Lachman, AUSAs email dated: 10-1-2025, at 1:58pm.  "The links to access each of the government's discovery productions and its trial exhibits are below."

The Exhibit A consist also consist of Print Screens that show each Link provided for the "Discovery and Trial Exhibits,"  for 7 entries are BROKEN AND NOT AVIILABLE for access.

### CONCLUSION

Defendant moves the Court with requesting for a Suppression Hearing or in the Alternative must continue the trial date from 10/7/2025, because Defendant has been provided with Broken Links and not sufficient time to review 17,000 pages of governments "Discovery and Trial Exhibits."

**Dated:  10-2-2025, Thursday**

**By:**
**/s/_____**
JEFFREY DEAN MOFFATT, TBI, JD, MBA, BA and LL.M (Pro Se)
Email Address: jeffreydeanjustin@gmail.com

Telephone No.: (661) 435-2417

# Exhibit A

RE: DAVID LACHMAN'S
Email DTD:
10-1-2025, at : 158 PM

&

Print SCREENS With
BROKEN LINKS

NOt Able to OPEN:

''Discovery or
Trial Exhibits''

10/2/25, 10:48 PM Gmail - Link provided by David Lachman, AUSA at USAfx Box.com is Broken and unable to Download or view GOV FILES in US...

Case 2:21-cr-00335-JAK Document 260 Filed 10/03/25 Page 6 of 14 Page ID #:2098

 **Gmail**

Jeffrey Moffatt <jeffreydeanjustin@gmail.com>

## Link provided by David Lachman, AUSA at USAfx Box.com is Broken and unable to Download or view GOV FILES in USA v. JEFFREY DEAN MOFFATT - See screenshot proof Link Broken

**Lachman, David (USACAC)** <David.Lachman@usdoj.gov>
To: Jeffrey Moffatt <jeffreydeanjustin@gmail.com>
Cc: "Chandran, Nisha (USACAC)" <NIsha.Chandran@usdoj.gov>, "Ibarra, Alejandro Office of the Inspector General" <alejandro.ibarra@ssa.gov>, "JHDiazLawgmail (Vendor)" <JHDiazLaw@gmail.com>, Star Moffatt <star_moffatt@hotmail.com>

Wed, Oct 1, 2025 at 1:58 PM

Mr. Moffatt,

The links to access each of the government's discovery productions and its trial exhibits are below:

1) 2025.07.19 Discovery Production: https://usafx.box.com/s/f5tuaiogt9eyy3w61cubnt967a3pkxt0

2) 2025.09.03 Discovery Production: https://usafx.box.com/s/953isj35mm49ya76eejf1rpoiy3jlx45

3) 2025.09.17 Discovery Production: https://usafx.box.com/s/lqbfqfq7cahjpwnmkcweuc30grupuqy6

4) 2025.09.23 Discovery Production: https://usafx.box.com/s/cgxpxdjy094s9g6xgvhf2oz3gn34ff95

5) 2025.09.24 Discovery Production: https://usafx.box.com/s/5vazq9hvc95rp3e68qs7ccn9golz5d9t

6) 2025.09.29 Discovery Production: https://usafx.box.com/s/j7sr43ce9i1zyeaq4htz19qcdx6m9qjt

7) Trial Exhibits: https://usafx.box.com/s/smxl6me8v5xf4u3eulq7tsr5sx620cbz

I have just sent you a link to reset your USAfx account. To access the documents, you need to log in with your USAfx account using the email address jeffreydeanjustin@gmail.com. Access is only provided to you through that email address. If you are unable to access the documents via USAfx, please request assistance from Mr. Diaz, who has access to the USAfx folders. Alternatively, an electronic copy of the documents is available at our offices at 312 N. Spring St. in Los Angeles. If you would like to pick up an electronic copy of the documents in person this afternoon or anytime tomorrow, please let us know.

Best,

**David Lachman | Assistant United States Attorney**

T: 213.894.5564 | david.lachman@usdoj.gov

Page #1 of 9

**From:** Star Moffatt <star_moffatt@hotmail.com>
**Sent:** Wednesday, October 1, 2025 1:18 PM
**To:** Jeffrey Moffatt <jeffreydeanjustin@gmail.com>

10/2/25, 10:48 PM Gmail - Link provided by David Lachman, AUSA at USAfx Box.com is Broken and unable to Download or view GOV FILES in US...

Case 2:21-cr-00335-JAK   Document 260   Filed 10/03/25   Page 7 of 14   Page ID #:2099

**Cc:** Lachman, David (USACAC) <David.Lachman@usdoj.gov>; Chandran, Nisha (USACAC) <NIsha.Chandran@usdoj.gov>

**Subject:** [EXTERNAL] Link provided by David Lachman, AUSA at USAfx Box.com is Broken and unable to Download or view GOV FILES in USA v. JEFFREY DEAN MOFFATT - See screenshot proof Link Broken

Get Outlook for Android

PAGE #2 OF 9

Case 2:21-cr-00335-JAK    Document 260    Filed 10/03/25    Page 8 of 14    Page ID #:2100

Account

#1

RE: 2085.07.19 "DISCOVERY Production

This shared file or folder link has been removed or is
unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch
with Box support. We're here to help.

Get Help

Page # 3 of 9

LINK BELOW HERE

Account

#2

Re: 2025.09.03 " Discovery Production"

This shared file or folder link has been removed or is unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch with Box support. We're here to help.

Get Help

Page #4 of 9

LINK BELOW HERE .

Moffatt Media | Powered by Box

Account

#3

RE: 2025.09.17
Discovery Production

( This shared file or folder link has been removed or is unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch with Box support. We're here to help. )

Get Help

Page #5 of 9

LINK BELOW HERE!
↓

Account

#4
RE: 2025.09.23
" DISCOVERY Production"

( This shared file or folder link has been removed or is
unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch
with Box support. We're here to help. )

Get Help

LINK BELOW HERE

Page # 6 of 9

Moffatt Media | Powered by Box

Account

#5

RE: 2025. 09.24

"DISCOVERY Production"

( This shared file or folder link has been removed or is
unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch
with Box support. We're here to help. )

Get Help

LINK BELOW HERE

https://usafx.app.box.com/s/5vazq9hvc95rp3e68qs7ccn9golz5d9t

Page #7 of 9

1/1

Account

RE: #6
" 2025, 09, 29 " DISCOVERY
Production "

This shared file or folder link has been removed or is unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch with Box support. We're here to help.

Get Help

LINK BELOW HERE;

Page #8 of 9

Moffatt Media | Powered by Box

Account

#7

"Trial Exhibits"

This shared file or folder link has been removed or is unavailable to you.

Think it's a mistake? No worries: Just email the owner or get in touch with Box support. We're here to help.

Get Help

Page 9 of 9

LINK BELOW HERE