# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY DEAN MOFFATT,<br><br>Defendant. | No. 2:21-cr-00335-JAK<br><br>**ORDER RE DEFENDANT JEFFREY DEAN MOFFATT'S EX PARTE APPLICATION FOR SUPPRESSION AND SUPPRESSION HEARING (DKT. 264)** |

1

On October 3, 2025, Defendant filed a Request for Judicial Notice regarding "Discovery and Trial Exhibits Unavailable Broken Links (the "Request"). Dkt. 260. On October 5, 2025, the Government filed an opposition to the Request (the "Opposition"). Dkt. 262. On October 5, 2025, an order issued stating that Defendant would receive a further opportunity to file any objections to the Government's exhibit list, with a more detailed order to follow on October 6, 2025, regarding the Request (the "October 5, 2025 Order"). *See* Dkt. 261. Also on October 5, 2025, Defendant filed an Ex Parte Application for Suppression and Suppression Hearing (the "Application"). Dkt. 264. On October 6, 2025, the more detailed order referenced in the October 5, 2025 Order issued, in which the Request was denied (the "Order Denying Request"). Dkt. 268. Also on October 6, 2025, the Government filed a Status Report stating that it has complied with the October 5, 2025 Order, and continues to oppose any request for a trial continuance (the "Status Report"). Dkt. 266.

A review of the Application shows that the requested relief Defendant seeks renews the same issues raised through the Request. For the same reasons it was determined that no good cause was shown to warrant the requested relief in the Order Denying Request, it is determined that the Application is **DENIED**. *See* Dkt. 268.

As noted in the Order Denying Request, Defendant has had continuous access to the discovery documents since he became self-represented. To the extent Defendant contends that he was not permitted to access those documents in light of a protective order, the contention is incorrect. That issue was discussed and addressed at the July 17, 2025 hearing. *See* Dkt. 188. Defendant has had months to review the discovery documents produced to him as of July 19, 2025, whether it be through the file-sharing site, through the Government's offers to provide him a thumb drive containing the documents, and/or through the Government's offers to have Defendant review the documents in-person at the U.S. Attorney's Office. *See* Dkts. 262-1–13. Further, Defendant has had access to the Government's proposed exhibit list and amended exhibit

list since they were filed on the public docket. The Government also provided Defendant a file-share link with the identified proposed exhibits on September 25, 2025, and provided Defendant the option to review the documents in person prior to trial. *See* Dkts. 262-10–11. No modification to the Order Denying Request is appropriate.

**IT IS SO ORDERED.**

Dated:  October 6, 2025

_____
John A. Kronstadt
United States District Judge

3