**JEFFREY DEAN MOFFATT, TBI, JD, MBA, BA and LL.M**
**Ret. Federal Attorney (Pro Se)**
**1070 West Barrel Springs Road, Box 11**
**Palmdale, CA 93551**
**Email Address:** jeffreydeanjustin@gmail.com
**Telephone No.:** (661) 435-2417

FILED
CLERK, U.S. DISTRICT COURT
9/29/25
CENTRAL DISTRICT OF CALIFORNIA
BY___MRV___DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Jeffrey Dean Moffatt, Ret. Federal Attorney Pro Se

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (WESTERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JEFFREY DEAN MOFFATT, <br><br> Defendant. | **DISTRICT COURT DOCKET NO.:** 2:21-cr-00335-JAK-1 <br><br> **DEFENDANT'S OPPOSITION TO DKT# 237 AND MOVES FOR A RULE 5F STATUS CONFERENCE BRADY VIOLATION HEARING** <br><br> Honorable Judge John A. Kronstadt, United States District Court Judge <br><br> Trial Date: 10/01/2025 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF**

**RECORD:** Defendant Jeffrey Dean Moffatt moves the court with filing this

**OPPOSITION** Document to **DKT#237**, filed 9-25-2025, Thursday. **DKT#237**

was submitted only a mere six (6) days before Trial Date October 1, 2025.

Alleged Defendant has NOT been given adequate notice and time to review,

Page 1 of 18

respond and analyze **DKT#237** without **Exhibit A** Attachment.   **DKT#237** Caption Title: **"GOVERNMENT'S MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL."**

Defendant respectfully submits this Opposition to the Government's Motion to Redact Non-Material Matters in the Indictment for Use at Trial. The Government's motion seeks to actually alter the Grand Jury Indictment by claiming a need to redact certain allegations from Counts 1 through 5.  For the reasons set forth below, the Motion **DKT#237** must be denied.

Defendant reminds the Court that Defendant is a Coma Survivor, having a TBI (Traumatic Brain Injury), with severe Frontal Lobe Damage, diagnosed November 2024, with now having a Brain Tumor and Cysts Forming inside of Defendant's Brain; Neurologist Doctor has recommended Brain Surgery and Medications; Defendant has 50% hearing loss in right ear and also suffers with severe Environmental Asthma.

**DKT#237 of "GOVERNMENT'S MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL" is beyond MOOT** pursuant to the Mootness Doctrine, because Defendant is still a

Licensed Federal Attorney with the United States Court of Appeals for the Federal Circuit!

Furthermore SSA Form 1699, reads in pertinent part at Page 4, below: "Provide information for one state, U.S. Territory, or **U.S Federal Court in which you currently are in good standing." ...** *See* **Exhibit #2,** attached copy of *Defendant's Good Standing Certificate* that proves Defendant was in good standing from October 3, 2007 through February 26, 2024, with the **United States Court of Appeals for the Federal Circuit** and to this present date Defendant remains still in Good Standing.   **Also see Exhibit #2 for blank copy of Federal Form 1699.**

*Checking the Box NOT Disbarred on SSA Forms is "MOOT"* because **Defendant was and has been in good standing with a Federal Court (U.S. Court of Appeals of for the Federal Circuit);** and this Federal Court, Supersedes the State Supreme Court of Arizona and State Bar of Arizona. ... and complies with Federal SSA Form 1699.   **See also attached blank copy of SSA Form 1699 that includes Page 4.**

///

///

Form SSA-1699 (09-2024)                                                    Page 4 of 8

## Section III: Your Bar and Court Information (required if you answered "Yes" in Section II )

Provide information for one state, U.S. territory, or U.S. Federal Court in which you **currently** are in good standing and have the right to practice law.

**Source Link:** https://www.ssa.gov/forms/ssa-1699.pdf

Defendant specifically denies that "UNITED STATES OF AMERICA" is a Proper Party Plaintiff (singular) with legal standing conferred by Act of Congress comparable to 28 US Code Section 1345, and by the Arising Under Clause in the U.S. Constitution ("*Controversies to which the United States shall be a Party*").

The Indictment falls flat on its face and does NOT have "… any agency or officer thereof expressly authorized to sue by Act of Congress." Because at the top left corner Caption Page of **DKT#1**, Page 1, is completely blank without "any agency" listed having authority to prosecute alleged Defendant Moffatt.

As such the Court lacks jurisdiction under 28 US Code Section 1345 and must dismiss the Indictment, because at the Top left corner of Caption Page omits

listing ANY agency having statutory authority over the supposed Indictment.

Additionally at last Page 9, also of the purported Indictment, does NOT list any

agency having statutory authority over the Indictment to prosecute Defendant.

For the reasons on this issue, with NO agency listed on the Indictment the Court

lacks jurisdiction over Defendant, subject matter and must be Dismissed

immediately under 28 US Code Section 1345.

*See* **Source Link RE: 1345.**

https://uscode.house.gov/view.xhtml?req=(title:28%20section:1345%20edition:prelim)

Defendant MOFFATT specifically denies that named Prosecutors in the

instant case have lawful powers of attorney conferred by applicable Act(s) of

Congress comparable to 28 USC 547 legally to represent UNITED STATES OF

AMERICA, because (2021) Acting Attorney General Tracy Wilkison was

TERMED OUT, Unconstitutionally Seated and did NOT have a valid Oath of

Office, when Wilkison impaneled the (2021) June Grand Jury against Defendant.

**Indictment MAY NOT BE ALTERED, AMENDED or REDACTED:**

The supposed Indictment may not be **ALTERED, AMENDED** OR

**REDACTED** because Clerk of the Court issued a "**CERTIFIED COPY**" of the

Indictment.   Megan Zari Clerk of the United States District Court, certified the Indictment with Seal and Signature and alleged Defendant was provided a Certified: "true and full copy of the original."

Zari Clerk of this Court *attested*: "I hereby *attest* and certify on 1/22/24, that the foregoing document is a full true and correct copy of the original on file in my office, and in my legal custody. Clerk U.S. District Court Central District of California," signed and with Court seal: Megan Zari, Deputy Clerk.   The attest and certification complies with Federal Rules of Evidence Rule 902(1)(a)(b) and 28 U.S Code §1691, as the Indictment Certified "true and full copy of the original," as Self-Authenticating.  Therefore, **Indictment MAY NOT BE ALTERED, AMENDED or REDACTED.**

**Integrity of the Grand Jury's Findings**

A **"Certified Copy,"** of the grand jury indictment exists, and any alteration undermines the integrity of the grand jury's findings. The grand jury's role is to determine whether there is probable cause to believe that a crime has been committed, and altering the indictment post hoc compromises this fundamental process. The integrity of the judicial process demands that the indictment remain original content pleadings by the Grand Jury

Defendant requests the Court and Government take Judicial Notice under Federal Rules of Evidence Rule, Rule 201 (b)(d), Id., 201(c)(2). *See* **attached Defendant's Exhibit #1 "Certified_ Copy" of the June 2021 Grand Jury Indictment.**

Federal Prosecutors: Nisha Chandran, AUSA and David C. Lachman, AUSA (Assistant United States Attorneys) listed in **DKT#237**, intentionally use word semantic schemes with Caption title of document reading:

**"GOVERNMENT'S MOTION TO REDACT NON MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL."**

Page 3, Line 24 reads in part: "Proposed Redacted Indictment," but what is obvious intentions the Federal prosecutors Chandran and Lachman, actually are moving for Proposed Alteration, Amendment of the Indictment, unable to be done, again the Indictment has been Certified with Seal and attested by the Clerk of the Court –Megan Zari, Deputy Clerk.

No, Federal government prosecutors can alter an indictment in substance because any changes must be made by the **(2021)** June Grand Jury, that issued their said Indictment.

In this matter since the United States District Clerk issued a "**Certified Copy**" with Seal on the Indictment to Defendant, Federal Prosecutors: Chandran and Lachman, they cannot **REDACT** or **ALTER** any substance of the purported (2021) June Grand Jury Indictment.

Federal prosecutors Chandran and Lachman, also may not **REDACT** or **ALTER** Counts 1 through 5 originally filed in the (2021) June Indictment, because United States District Clerk issued a "**Certified Copy**" and attested: "I hereby attest and certify on 1/22/24 that the foregoing document is a full true and correct copy of the original on file in my office, and in my legal custody. Clerk U.S. District Court Central District of California," signed and with Court seal: Megan Zari, Deputy Clerk.

"**PROPOSED REDACT INDICTMENT,**" but actually means to **ALTER** Indictment on Counts 1-5 and see Page 4-5, **strike words**: "transferred," ... "from the United States Treasury in Kansas City, Missouri." At Page 5 reads in pertinent part: "... the payment fulfilling those checks were made by means of interstate wires to and from Texas." What agency in Texas because Defendant does NOT have any bank accounts in Texas? Moreover, to strike words listed above would make a material change to the Indictment, prejudice Defendant.

The Government has admitted, that incorrect information was provided to the grand jury, specifically regarding the location of wire transmissions, which were initially alleged to have originated from the United States Treasury in Kansas City, Missouri, but were later discovered to have been transmitted to and from Texas. This misinformation could have influenced the grand jury's decision to indict, and redacting the indictment now does not rectify the potential prejudice caused by the initial error.

Government "Memorandum of Points and Authorities," Page 3, Lines 8-10 read in part: "… alterations in the Indictment make no material changes to the charges and do not result in any prejudice to the defendant," complete non-sense! Because the terms 'material' and 'prejudicial' are used interchangeably in Brady cases. Evidence is not 'material' unless it is 'prejudicial,' and not 'prejudicial' unless it is 'material.' Thus, for Brady purposes, the two terms have come to have the same meaning." Benn v. Lambert, 283 F.3d 1040, 1053 n.9 (9th Cir. 2002).

Four (4) years later and Government Federal Prosecutors claimed to have discovered "The government learned this new information relating to the correct wire transmission location on or about September 22, 2025." The information learned (4) years later is prosecutors have committed Rule 5f Brady v. Maryland

violation and as such does not meet the elements of claimed Wire Fraud against Defendant.   (4) Years later is a prime example of Government Federal Prosecutors, have violated  Order by the Court in **DKT#15**, filed 9-3-2021:

Case 2:21-cr-00335-JAK    Document 15    Filed 09/03/21    Page 1 of 1   Page ID #:33

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   CR 21-335-JAK-1 _____ Date:  9/3/2021

Present:  The Honorable Gail J. Standish, United States Magistrate Judge _____

**Proceedings:**     **(IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.  Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.

Honorable Magistrate Judge Standish, said: "the United States is ordered to produce all exculpatory evidence to defendant under Brady v. Maryland," and the United States of America and Government Federal Prosecutors produce **DKT#237**, filed on **9/25/2025**, just six (6) days before Trial on 10-1-2025, is prosecutorial misconduct.   Prosecutors should have realized their error (4) years ago and not six (6) days prior to Trial Date 10-1-2025.   In reality Defendant suspects Prosecutors did in fact violated Order by the Court in **DKT#15**, related to Exculpatory Evidence with Brady violations and four (4) years later playing

word semantics: "Proposed Redacted Indictment," but really meant to mean: "Proposed Alter-Amend Indictment," which is forbidden.

Redaction aka actual "proposed Alter-Amend Indictment," is unconstitutional to amend the "**Certified Copy** Indictment," dated July 23, 2021and to do so, infringes on Defendants Fifth Amendment constitutional protections.

The defendant relies on established legal principles from the Federal District Court, 9th Circuit, and Supreme Court to support the opposition to the motion. The Supreme Court in *United States v. Miller*, 471 U.S. 130 (1985), held that alterations to an indictment that change the nature of the charges or prejudice the defendant are impermissible. Similarly, the 9th Circuit in *United States v. Ward*, 747 F.3d 1184 (9th Cir. 2014), emphasized that any changes to an indictment must not infringe upon the defendant's rights under the Fifth Amendment.

With only four days remaining until the trial, the proposed redactions would unfairly prejudice the defendant by altering the charges at a critical juncture. The defendant has prepared defense based on the original indictment, and any changes at this late stage would disrupt his ability to adequately defend

against the charges. The proximity to the trial date amplifies the potential for prejudice, as there is insufficient time to adjust defense strategies to account for the redacted indictment.

**Word Semantic Schemes:** *Redacted, Altered* or *Amend* an Indictment "[t]he Fifth Amendment forbids amendment of an indictment by the Court, whether actual or constructive." *United States v. Wacker*, 72 F.3d 1453, 1474 (10th Cir. 1995), *petition for cert. filed*, (Jun. 10, 1996)(No. 95-9284)." **See Source Link:** https://www.justice.gov/archives/jm/criminal-resource-manual-236-amendment-indictments

**DECLARATION OF NISHA CHANDRAN** Page 11, Lines 15-16, ¶3 reads in pertinent part: "**Attached as Exhibit A** to this declaration is a true and correct copy of the proposed Redacted Trial Indictment." … **There is NO Exhibit A, attached to the Declaration of Nisha Chandran** and the Declaration of Chandran does NOT list any official job capacity title or official agency where Chandran is employed: United States Attorney's Office (USAO) Central District and Chandran's Declaration is NOT a Self-Authenticating document in compliance with Federal Rules of Evidence, Rule 902(1)(A)(B).  Therefore,

Defendant requests the Court for Order to Show Cause, why Chandler should not be Sanctioned under 18 U.S. Code Section 2071 (a)(b), for concealing.

VICTIM:   Page 8, **"GOVERNMENT'S MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL"** *SEE* at Page 8, Lines 25-26 READ: … "The amount of funds allegedly transferred by the alleged victim."… **VICTIM, (singular)**.

Case 2:21-cr-00335-JAK   Document 1   Filed 07/23/21   Page 1 of 9   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT

07/23/21

CENTRAL DISTRICT OF CALIFORNIA
BY:  JBB    DEPUTY

```
UNITED STATES OF AMERICA,        CR  2:21-cr-00335-JAK-1

          Plaintiff,            I N D I C T M E N T

          v.                    [18 U.S.C. § 1343: Wire Fraud; 18
                                U.S.C. § 1001(a)(1): Falsifying,
JEFFREY DEAN MOFFATT,           Concealing, and Covering a
                                Material Fact by Trick, Scheme,
          Defendant.            and Device; 18 U.S.C.
                                § 981(a)(1)(C) and 28 U.S.C.
                                § 2461(c): Criminal Forfeiture]
```

**DKT**#1 (Indictment) filed 7/23/2021 Page 1 through 9, of the supposed Indictment conceals any mention of **VICTIM, (singular)** or VICTIMS **(plural).** But now in Government's **DKT**#237 entitled: "GOVERNMENT'S MOTION TO NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL," the Government now sneaks in or attempts to ***"Manufacture a Victim,"*** (singular) at

Page 8, Lines 25-26 READ: … "The amount of funds allegedly transferred by the alleged victim."… Rule 5f, Brady Violation and violation of Court Order in **DKT#15**, filed 9-3-2021, because the Court and Magistrate Judge Standish, vehemently warned: "the United States is ordered to produce all exculpatory evidence to defendant under Brady v. Maryland,"

**DKT#15, filed 9-3-21** entitled: "Criminal Minutes – General," Magistrate Judge Standish advised, that any Brady violations or failures to disclose information could result in prosecutorial misconduct and dismissal of the case. The Government's admission of providing incorrect information to the grand jury raises concerns about potential Brady violations, which could warrant dismissal of the indictment altogether.

From filing of **DKT#1,** Indictment July 23, 2021; Defendant only learned of the Indictment during Defendants time of False Arrest; illegal detention on September 3, 2021 and now **DKT#237,** filed September 25, 2025, Defendant REQUESTS the Court and Judge Kronstadt, to "NOT" grant **DKT#237**, by means of **_"Manufacture a Victim,"_** (singular).

///

///

Page 14 of 18

It is apparent the Government and Federal Prosecutor in **DKT#237**, filed **9/25/2025** and **DKT#1** Indictment filed 9/3/2021, Plaintiff United States of America and Prosecutors are prosecuting Defendant on *Victimless Crime* and creating schemes to ***"Manufacture a Victim,"*** (singular).

More importantly, the Government does NOT satisfy the elements of Corpus Delicti Rule because **"No victim, no crime."**

Defendant adamantly moves this Opposition against **DKT#237**, filed **9/25/2025**, at Page 8, Lines 2-26: "the amount of funds allegedly transferred by the alleged victim," because there is **"No victim, no crime,"** in supposed Wire Fraud Counts 1-5, with mere Total Amount of $29,527.00.

More importantly Government and Federal Prosecutors Nisha Chandran, David C. Lachman and other Federal Prosecutors if there were a **Victim(s),** then they should have NOT waited four (4) years later to claim **"Victim(s)."**

Thus, to this present date the Government (USA) and its Federal Prosecutors, have failed to provide Discovery Disclosure of ANY Victim Impact Statement(s), wherein ANY Victim(s) would have to disclose how financially

injured. Defendant Opposes **"Manufacturing Victim,"** schemes related to claimed Wire Fraud, which requires the Government and Prosecutors to provide independent evidence that a crime occurred and they have NOT.

For all the foregoing reasons Defendant moves the Court to Sanction the Government, Prosecutors Chandran and Lachman, in violation of the Courts Order in **DKT#15,** filed 9-3-21, with perjury, prosecutorial misconduct of Brady violation with attempting to now create **"Manufacturing Victim,"** that would cause major confusion to ANY Jurors, especially when there are **"No victim(s), no crime!" No name, No Victim, NO Crime!**

**Double Jeopardy Sidebar Issue:  Double Jeopardy** applies because Defendant has already been criminally prosecuted (sui generis) under Rule 8.4(b, 2016). **See at Source Link** below admitting persons: (Arizona Lawyers and including Defendant) have been and are being criminally prosecuted "sui generis:"  **Admission video see Footage from 2:20 through 2:35, at:** https://youtu.be/d1nUf5QE_0c

///

///

## CONCLUSION

Page **16** of **18**

Defendant notes filing of this Opposition to **DKT#237, filed 9/25/2025** **"GOVERNMENT'S MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL,"** Defendant does NOT waive 9th Circuit Court of Appeals jurisdiction in this matter due to an Emergency Motion 27-3, Case Docket #25-6011, filed on 9/26/2025, Friday by Defendant.

Hence, Judge Kronstadt' ORDER in **DKT#239**, filed on **9/25/2025**, simultaneously with the **DKT#237** Government, did NOT give Defendant fair and adequate notice to respond, but gave Defendant only a mere four (4) days Defendant ORDERED Defendant to respond no later 9/29/25.

| 09/25/2025 | 239 | (IN CHAMBERS) ORDER RE RESPONSE TO MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL (DKT. 237 ) by John A. Kronstadt: On September 25, 2025, the Government filed a motion to redact non-material matters in Indictment for use at trial (the "Motion to Redact"). Dkt. 237 . On or before September 29, 2025, Defendant shall file any opposition to the Motion to Redact. Thereafter, a ruling on the Motion will be made either via written order or from the bench prior to the start of trial on October 1, 2025. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (nle) TEXT ONLY ENTRY (Entered: 09/25/2025) |
|---|---|---|

For the foregoing reasons, the defendant respectfully requests that the Court deny the Government's Motion to Redact Non-Material Matters in the Indictment for Use at Trial. The integrity of the grand jury process, the potential prejudice to defendant, and the risk of prosecutorial misconduct all weigh heavily against granting the motion.

*WHEREFORE* Defendant request the Court grant a Rule 5f Status Conference to be held on 10-16-2025 and set aside the Trial date of 10-1-2025, Wednesday for Brady Violations by prosecutors:  Nischan Chandran and David C. Lachman, AUSA's.   Accordingly, a Rule5f Status Conference is needed for the Court to review Brady Violations in **DKT#15**, 9/3/2021.

*WHEREFORE* DKT#237 **"GOVERNMENT'S MOTION TO REDACT NON-MATERIAL MATTERS IN INDICTMENT FOR USE AT TRIAL,"** is MOOT under the Mootness Doctrine and Defendant request the Court NOT grant Plaintiffs motion.

*WHEREFORE* Defendant in Opposing **DKT #237**, has NOT waived rights under the 9th Circuit Court of Appeals Emergency Motion 27-3, filed 9-26-2025, Friday in Case Docket #25-6011.

**Dated:  9/29/2025, Monday**

**By:**
/s/_____
JEFFREY DEAN MOFFATT, TBI, JD, MBA, BA and LL.M
Ret. Federal Attorney (Pro Se)
Email Address: jeffreydeanjustin@gmail.com
Telephone No.: (661) 435-2417

Page 18 of 18

Def's
Exhibit #1

... "Certified Copy of the Indictment."

2-6-2024



**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*

**ANGELA VIRAMONTES**
*Riverside Branch Chief*
**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**K. ELIZABETH DAHLSTROM**
*Chief, Capital Habeas Unit*

Direct Dial: (213) 894-4796

February 6, 2024

**LEGAL MAIL**
**PRIVILEGED & CONFIDENTIAL**

Jeffrey D. Moffatt
1070 West Barrel Springs Road
Box 11
Palmdale, CA 93551

Re:   *United States of America v. Jeffrey D. Moffatt*, Case No. 2:21-cr-00335-JAK

Dear Mr. Moffatt:

Enclosed please find the Certified Copy of the Indictment.  Thank you and be safe.

Sincerely,

*s/ Patricia Zepeda*

Patricia Zepeda, Legal Assistant to
Claire Rogerson
Deputy Federal Public Defender

:pz
*Encl.-Certified Copy of the Indictment*

FILED
CLERK, U.S. DISTRICT COURT

07/23/21

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JBB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY DEAN MOFFATT,<br><br>Defendant. | CR  2:21-cr-00335-JAK-1<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1001(a)(1): Falsifying, Concealing, and Covering a Material Fact by Trick, Scheme, and Device; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1343, 2(b)]

A.    INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.    Defendant JEFFREY DEAN MOFFATT was a resident of Los Angeles County.

2.    Defendant MOFFATT was disbarred from the State Bar of Arizona, in part based on a finding that defendant MOFFATT had committed an act that reflected adversely on defendant MOFFATT's honesty, trustworthiness, or fitness as a lawyer.  Defendant

MOFFATT's name was stricken from the roll of lawyers in Arizona effective on or about April 6, 2016, and he was no longer entitled to the rights and privileges of a lawyer licensed by the state of Arizona.

3.    Defendant MOFFATT was reciprocally disbarred from practice before the United States Tax Court effective on or about April 13, 2017.

4.    Defendant MOFFATT was reciprocally disbarred from practice before the United States Court of Appeals for the Ninth Circuit effective on or about July 28, 2017.

5.    Defendant MOFFATT was reciprocally disbarred from practice before the United States Court of Appeals for Veterans Claims effective on or about September 7, 2017.

6.    The United States Social Security Administration's ("SSA") Supplemental Security Income ("SSI") program was a government-run benefits program intended to assure a minimum level of income to people who were aged, blind, or disabled, and who had limited income and resources.  The disability component of the SSA Retirement, Survivors, and Disability Insurance program was a government-run program that provided benefits to people who were disabled and could not work.

7.    A person seeking benefits from SSA (an "SSA claimant") could appoint a qualified individual (a "representative") to represent the SSA claimant in seeking benefits from SSA.

8.    Representatives were required to abide by standards of conduct, which were published in the Code of Federal Regulations. SSA's published code of conduct imposed on representatives certain affirmative duties, including the following:

Case 2:21-cr-00335-JAK   Document 1   Filed 07/23/21   Page 3 of 9   Page ID #:3

a.    Be forthright in their dealings with SSA;

b.    Disclose to SSA whether the representative was or had been disbarred or suspended from any bar or court to which he or she was previously admitted to practice; and

c.    Disclose to SSA whether the representative had been removed from practice or suspended by a professional licensing authority for reasons that reflect on the person's character, integrity, judgment, reliability, or fitness to serve as a fiduciary. If the removal or suspension occurred after the appointment of the representative, the representative was required to immediately disclose the removal or suspension to SSA.

9.    To charge an SSA claimant a fee for the representative's services, the representative was required to obtain written approval from SSA.  If SSA authorized the representative's fee, SSA would withhold up to 25%, but no greater than $6,000, of the SSA claimant's past-due benefits for payment of all or part of the representative's authorized fee.

10.   SSA benefits, including the portion of those benefits that were paid to representatives as an authorized fee, were disbursed by the United States Department of the Treasury.

11.   Defendant MOFFATT was the sole signatory listed on a Bank of America business checking account ("MOFFATT's Bank of America Account").

B.    THE SCHEME TO DEFRAUD

12.   Beginning on or about April 6, 2016, and continuing until at least on or about May 19, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant MOFFATT, knowingly and with the intent to defraud, devised, participated in,

3

Case 2:21-cr-00335-JAK   Document 1   Filed 07/23/21   Page 4 of 9   Page ID #:4

and executed a scheme to defraud SSA and the United States as to material matters, and to obtain money and property from SSA, SSA claimants, and the United States by means of materially false and fraudulent pretenses, representations, and promises, and the omission and concealment of material facts.

13. The scheme to defraud operated, in substance, as follows:

a. After he was disbarred from the State Bar of Arizona, defendant MOFFATT would continue to represent SSA claimants in matters before SSA.

b. Defendant MOFFATT would not disclose to SSA, and would conceal from SSA, that he had been disbarred from the State Bar of Arizona in part based on a finding that defendant MOFFATT had committed an act that reflected adversely on defendant MOFFATT's honesty, trustworthiness, or fitness as a lawyer.

c. Defendant MOFFATT further would not disclose to SSA, and would conceal from SSA, that he was thereafter reciprocally disbarred from several courts.

d. When asked on SSA forms if he had ever been disbarred or suspended from a court or bar to which he was previously admitted to practice as an attorney, defendant MOFFATT would respond "no." In fact, as defendant MOFFATT then knew, he had been disbarred from the State Bar of Arizona and several courts, including the United States Tax Court, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for Veterans Claims.

e. Defendant MOFFATT would charge a fee for his services as a representative and request direct payment of fees from withheld past-due benefits owed to the SSA claimants he represented.

14. In total, defendant MOFFATT falsely represented to SSA, and concealed from SSA, that he had never been disbarred in at least approximately 65 matters.

15. As a result of defendant MOFFATT's false representations and omissions in connection with his representation of SSA claimants, defendant MOFFATT received from SSA a total of approximately $113,146 of SSA claimants' past-due benefits.

C.   USE OF THE WIRES

16. On or about the dates set forth below, within the Central District of California, and elsewhere, defendant MOFFATT, for the purpose of executing the above-described scheme to defraud, caused the transmission of the following items by means of wire communications in interstate commerce:

| COUNT | DATE | ITEM |
|---|---|---|
| ONE | 8/16/2017 | Payment issued to defendant MOFFATT in his capacity as representative of SSA claimant G.E.A. in the amount of $5,909.00, transferred by means of interstate wires from the United States Treasury in Kansas City, Missouri to MOFFATT's Bank of America account in Los Angeles County, California. |
| TWO | 3/8/2018 | Payment issued to defendant MOFFATT in his capacity as representative of SSA claimant J.G. in the amount of $5,907.00, transferred by means of interstate wires from the United States Treasury in Kansas City, Missouri to MOFFATT's Bank of America account in Los Angeles County, California. |
| THREE | 3/7/2019 | Payment issued to defendant MOFFATT in his capacity as representative of SSA claimant G.M. in the amount of $5,905.00, transferred by means of interstate wires from the United States Treasury in Kansas City, Missouri to MOFFATT's Bank of America account Los Angeles County, California. |

5

Case 2:21-cr-00335-JAK   Document 1   Filed 07/23/21   Page 6 of 9   Page ID #:6

| COUNT | DATE | ITEM |
|-------|------|------|
| FOUR | 1/6/2020 | Payment issued to defendant MOFFATT in his capacity as representative of SSA claimant A.W. in the amount of $5,903.00, transferred by means of interstate wires from the United States Treasury in Kansas City, Missouri to MOFFATT's Bank of America account Los Angeles County, California. |
| FIVE | 3/25/2020 | Payment issued to defendant MOFFATT in his capacity as representative of SSA claimant S.R. in the amount of $5,903.00, transferred by means of interstate wires from the United States Treasury in Kansas City, Missouri to MOFFATT's Bank of America Account Los Angeles County, California. |

COUNT SIX

[18 U.S.C. § 1001(a)(1)]

17. The Grand Jury realleges paragraphs 1 through 15 of this Indictment.

18. Beginning no later than on or about April 6, 2016, and continuing through at least on or about May 19, 2021, in Los Angeles County, within the Central District of California, and elsewhere, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Social Security Administration ("SSA"), defendant JEFFREY DEAN MOFFATT knowingly and willfully falsified, concealed, and covered up by trick, scheme, and device, material facts within SSA's jurisdiction, namely, that defendant MOFFATT had been disbarred from the State Bar of Arizona effective on or about April 6, 2016, and was subsequently disbarred from practice before several courts to which he was previously admitted to practice as an attorney, including the United States Tax Court, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for Veterans Claims.

19. Defendant MOFFATT carried out the trick, scheme, and device, in substance, in the manner described in paragraphs 12 through 15 of this Indictment.

20. By operation of the above-described scheme, defendant MOFFATT, who had the duty to disclose material information to SSA in connection with his representation of SSA claimants, falsified, concealed and covered up information that was capable of influencing SSA's decision to allow defendant MOFFATT to participate in proceedings before SSA and receive payment in connection with his representation of SSA claimants.

7

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Five of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)    All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

8

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/S/_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes
Section

CAROLYN S. SMALL
Assistant United States Attorney
Major Frauds Section

9

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

MEGAN ZARI



1193

DEF'S Exhibit #2

U.S. Court of Appeals
for the FEDERAL Circuit

"Certificate of Good Standing."

From: 10/3/2007 - 2/26/2024

FED SSA FORM 1699 (BLANK)
Pg's 1-8



# United States Court of Appeals
## for the Federal Circuit

### Certificate of Good Standing

I, Jarrett B. Perlow, Clerk of Court, certify that

# Jeffrey Moffatt

was duly admitted to practice in this court on October 03, 2007, and is in good standing as a member of the bar of this court.

Dated at: 717 Madison Place, N.W.
Washington, DC

On: February 26, 2024

Jarrett B. Perlow
Clerk of Court

By: M. Pull
Deputy Clerk

This Certificate is valid for 90 days from the date issued

Exhibit 2
Page 1 of 9

Form **SSA-1699** (09-2024)

## Section II: Your Representational Standing

**Check one of the boxes below.**

Are you currently in good standing and admitted to practice law before the U.S. Supreme Court; a U.S. Federal, state, territorial, insular possession, or District of Columbia court; or a member of a state bar if that membership carries with it the authority to practice law in that state? **If you are not an attorney, please select "No".**

☐ Yes (Go To Section III)        ☐ No (Go To Section IV)

## Section III: Your Bar and Court Information (required if you answered "Yes" in Section II )

Provide information for one state, U.S. territory, or U.S. Federal Court in which you **currently** are in good standing and have the right to practice law.

| Court Or Bar | Year Admitted (YYYY) | Court Or Bar License Number (if one issued) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Exhibit 2*
*Page 2 of 9*

Form SSA-1699 (09-2024)                                                                     Page 5 of 8

## Section IV: Your Information as a Representative (required for all registrants)

**1. Your Home Address For Receipt Of Notices**            ☐ Same as Home Address in Section I

**Street Line 1**

**Street Line 2**

**City**                                                                                                State

**ZIP/Postal Code**

**Country**
(if outside the U.S.)

**2. Business Telephone Number** (if different from that provided in Section I.) **Business Fax Number** (optional)

Country/Area Code  Phone Number                    Extension        Country/Area Code      Fax Number

**3. Business Email Address** (Optional)

**4. Did you check "Yes" in Section II OR have you been notified by us that you are eligible for direct payment of your fees?**

☐ Yes

☐ No (Go to Section VI)

If you are eligible for and will seek direct payment of an authorized fee as an appointed representative, complete #5 and #6. If not, go to Section VI.

**5. What is your preferred payment method?**

☐ **Direct Deposit** to U.S. Bank  - I am the owner or co-owner of this account. (You must be the owner or co-owner)

Type of Financial Account        ☐ Checking                    ☐ Savings
Routing Number                                Account Number

**OR**

☐ Check- Will be mailed to the Notice Address

**6. Your Tax Address** (This is the address where we will send your FORM 1099-MISC

☐ Same as Home Address

☐ Same as Notice Address in 1 in this section

**Street Line 1**

**Street Line 2**

**City**                                                                                                State

**ZIP/Postal Code**

**Country**
(if outside the U.S.)

Exhibit 2, Page 3 of 9

Form SSA-1699 (09-2024)                                                                                                      Page 6 of 8

## SECTION V: Your Information When You Are Working for a Firm or Organization (required if affiliating with an entity)

Complete this section if your work as a representative will be affiliated with a firm or organization, and you are eligible for and will seek direct payment of an authorized fee. If you work for more than one firm or organization, complete and attach as many copies of this section as needed. You will need the firm's or organization's EIN in order to complete this section.

**Complete 1 through 5 below.**

**1. Employer Identification Number (EIN)**
(See your W-2 or contact the firm or organization to get this number.)
Name of Firm or Organization:

**2. Your Address for Receipt of Notices**

☐ Same as Home Address in Section I

☐ Same as Notice Address in Section IV

**Street Line 1**

**Street Line 2**

**City**                                                                                                                          **State**

**ZIP/Postal Code**

**Country**
(if outside the U.S.)

**3. Business Telephone Number** (if different from that provided in Section I.) | Business Fax Number (optional)

☐ Same as home number in Section I

☐ Same as business Address in Section IV

Country/Area Code  Phone Number                          Extension          | Country/Area Code        Fax Number

**4. Business Email Address (Optional)**

**5. What is your preferred payment method?**

☐ **Direct Deposit** to U.S. Bank  - I am the owner or co-owner of this account. (You must be the owner or co-owner)

☐ Same bank information as provided in Section IV

**OR**

☐ Direct Deposit to the account shown below. I am the owner or co-owner of this account.
(You must be the owner or co-owner of the account.

Type of Financial Account          ☐ Checking                    ☐ Savings
Routing Number                              Account Number

**OR**

☐ **Check-** Will be mailed to the Notice Address

Exhibit 2  Page 4 of 9

Form **SSA-1699** (09-2024) <span style="float:right">Page 7 of 8</span>

## Section VI: Attestations and Questions for Representation (required for all registrants)

You **MUST ATTEST** to these statements and complete the following questions.

1.    **I understand and will comply with** SSA laws and rules relating to the representation of parties, including the Rules of Conduct and Standards of Responsibility for Representatives.

**I will not** charge, collect, or retain a fee for representational services that SSA has not approved or that is more than SSA approved, unless a regulatory exclusion applies.

**I will not** threaten, coerce, intimidate, deceive, or knowingly mislead a claimant or prospective claimant, or beneficiary, regarding benefits or other rights under the Social Security Act.

**I will not** knowingly make or present, or participate in making or presenting, false or misleading oral or written statements, assertions, or representations about a material fact or law concerning a matter within SSA's jurisdiction.

**I am aware** that if I fail to comply with any SSA laws and rules relating to representation, I may be suspended or disqualified from practicing as a representative before SSA and found ineligible to serve as an entity's POC.

☐ **I attest to all of the above.**

**2. Have you ever been:**

| | |
|---|---|
| a. Suspended or prohibited from practice before SSA or any other federal program or agency? | ☐ Yes (Explain below) <br> ☐ No |
| b. Disbarred or suspended from a court or bar to which you were previously admitted to practice as an attorney? | ☐ Yes (Explain below) <br> ☐ No |
| c. Convicted of a violation under Section 206 or 1631(d) of the Social Security Act? | ☐ Yes (Explain below) <br> ☐ No |
| d. Disqualified from epresenting a claimant as a current or former officer or employee of the United States? | ☐ Yes (Explain below) <br> ☐ No |

**3. For each Yes answer in 2, provide the information below regarding that event** (attach copies of this page if you need more space.)

**Federal Program or Agency; or Court or Bar Name:**

**Bar Number (provide the Bar Number if you have one AND you answered "Yes: to 2b):**

**Year Admitted (provide the year if you answered "Yes" to 2b):**

**Beginning Date of:**                    **Ending Date:** (if ended)

**Brief Description of Circumstances:**

Exhibit 2

Page 5 of 9

## Section VII: General Attestations (required for all registrants)

I will **not divulge** any information that SSA has furnished or disclosed about a claim or prospective claim, unless I have the claimant's consent or there is a Federal law or regulation authorizing me to divulge this information.

I **have in place** reasonable administrative, technical, and physical security safeguards to protect the confidentiality of all personal information I receive from SSA, to avoid its loss, theft, or inadvertent disclosure.

I **will not omit or otherwise withhold** disclosure of information to SSA that is material to the benefit entitlement or eligibility of claimants or beneficiaries, nor will I cause someone else to do so, if I know or should know, that this would be false or misleading.

I **will not use** Social Security program words, letters, symbols, branding, or emblems in my advertising or other communications, in a way that conveys the false impression that SSA has approved, endorsed, or authorized me, my communications, or my organization, or that I have some connection with or authorization from SSA.

I **will update** this registration if my personal, professional or business affiliation information changes, including information related to disbarments, suspensions or sanctions.

I **am aware** that if I fail to comply with SSA laws and rules, I could be criminally punished by a fine or imprisonment or both, and I could be subject to civil monetary penalties.

I **understand** that SSA will validate the information I provide.

☐ **I attest to all of the above.**

## Perjury Statement (required for all registrants)

I agree that a copy of this signed Form SSA-1699 will have the same force and effect as the original.

I **declare under penalty of perjury** that I have examined all of the information on this application and it is true and correct to the best of my knowledge.

| Signature of Person Identified in Section 1 (You must sign your OWN name) | Date: |
|---|---|
| | |

*Exhibit 2*
*Page 6 of 9*

Form **SSA-1699** (09-2024)
Discontinue Prior Editions
Social Security Administration

Page 1 of 8
OMB No. 0962-0732

# Representative Registration

## Purpose of Form

Complete this form to register as a representative or to update a prior registration. You must register before we can process:

- your appointment as a representative submitted on a Form SSA-1696; or
- your designation as an entity Point of Contact (POC) on a Form SSA-1694.

This form also collects information necessary to conform to Internal Revenue Code sections 6041 and 6045(f), which require us to issue IRS Form 1099-MISC to individuals who represent claimants and receive direct payment of $600 or more during a tax year.

## General Information and Instructions

- Complete this form and fax it to the Office of Central Operations at 1-877-268-3827. **Do not fax registration forms for more than one individual at the same time. While you may attach multiple copies of Section V of this form (see instructions below), do not attach other documents to this form. We cannot process any other documents received at this fax number.**

- You will receive a notice containing your Representative Identification (Rep ID) once your initial registration is complete. You will receive a Rep ID even if you are registering only to serve as a POC. Allow 2 to 3 weeks to receive your notice.

- If you are currently suspended or disqualified from representing claimants in dealings with the Social Security Administration, you may not register until your suspension has ended or we have reinstated you.

- You must update your registration by completing a new form if your personal, professional, or business affiliation information changes including information related to disbarments, suspensions, or sanctions.

- If we are unable to process the form you submit, we will notify you. We do not return incomplete or inaccurate forms. If forms are incomplete or inaccurate, you will have to submit a new form with complete and accurate information.

For more information, please call 1-800-772-6270 or visit our website at www.ssa.gov/ar. If you are hearing impaired, call our TTY number at 1-800-325-0778. You may also visit your local Social Security office.

## Explanation of Terms for Completing This Form

- **Representative** - An attorney or individual other than an attorney who meets all of our requirements and is appointed to represent claimants in dealings with us. For purposes of our Rules of conduct and standards of responsibility for representatives in 20 CFR 404.1740-404.1799 and 416.1540-416.1599, *Representative* also includes an individual who provides representational services and an individual who is listed as a POC for an entity, as applicable to their identified role.

- **Representative Identification (Rep ID)** - Unique 10-character ID that we assign. You need a Rep ID to serve as an appointed representative or as an entity POC. You obtain a unique Rep ID by registering through this form. You will use this Rep ID in lieu of your Social Security Number (SSN) if you need to update information on this form, or to register or update information about an entity on the Form SSA-1694.

*Exhibit 2*
*page 7 of 9*

# Privacy Act Statement

## Collection and Use of Personal Information

Sections 206(a) and 1631(d) of the Social Security Act, as amended, allow us to collect your information, which we will use to facilitate direct payment of authorized fees and to meet the reporting requirements of the law. Providing the information is voluntary, but not providing all or part of the information will prevent you from serving as an appointed representative or entity POC. As law permits, we may use and share the information you submit, including with other Federal agencies, contractors, and others, as outlined in the routine uses within System of Records Notices (SORN) 60-0003 and 60-0325, available at www.ssa.gov/privacy. The information you submit may also be used in computer matching programs to establish or verify eligibility for Federal benefit programs and to recoup debts under these programs.

# Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take 20 minutes to read the instructions, gather the facts, and answer the questions. You may send **comments on our time estimate,** not the completed form, to SSA, 6401 Security Boulevard, Baltimore, MD, 21235-6401.

Exhibit 2
Page 08 of 9

Form **SSA-1699** (09-2024)                                                                 Page 3 of 8

## REPRESENTATIVE REGISTRATION

### Section I: Your Personal Identification and Home Contact Information (required for all registrants)

Do not enter a business address here. If you choose to enter a separate business address, it should be entered in Section IV below. You may, however, also use this address as your business address by checking the appropriate box in Section IV.

Enter your name in the boxes below exactly as it appears <u>on your Social Security card</u>. If you want to use a different name, contact your local Social Security office to change the name currently in our records. You must either receive a new card or receive confirmation that we processed your name change prior to completing this form.

If you already registered but need to update your information, enter your Rep ID below:

**Your First Name**                                             **Your Middle Name**

**Your Last Name**                                             **Your Suffix (if any)**

**Your Date of Birth (MM/DD/YYYY)**          **Your Social Security Number**

**Your Home Mailing Address**

**Street Line 1**

**Street Line 2**

**City**                                                                                              **State**

**ZIP/Postal Code**

**Country (if outside the U.S.)**

**Your Daytime Phone Number**                          **Your Home Fax Number (optional)**

Country/Area Code  Phone Number          Extension          Country/Area Code     Fax Number

**Your Email Address** (Optional – Used for registration purposes and Social Security online service messages.)

Exhibit 2
Page 9 of 9