**FILED**

CLERK, U.S. DISTRICT COURT

11/13/25

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

          Plaintiff,

v.

Jeffrey Dean Moffatt,

          Defendant.

No. LA CR21-00335 JAK

**JURY NOTE NUMBER** 1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

X THE JURY REQUESTS THE FOLLOWING: ~~transmission~~ transmission

Question: is an electronic ~~transmission~~ (quote from witness Nixon) the same or similar to ~~used~~ an interstate wire communication

Dated: 10/14/25

FOREPERSON OF THE JURY

1:15 pm