FILED
CLERK, U.S. DISTRICT COURT

11/13/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

Jeffrey Dean Moffatt,

        Defendant.

No. LA CR21-00335 JAK

**JURY NOTE NUMBER** 2

THE JURY HAS REACHED A UNANIMOUS VERDICT

THE JURY REQUESTS THE FOLLOWING:

Does the petition to obtain approval of a fee for representing a claimant before the SSA constitute a bargain between the defendant and the SSA. (example exhibit 24)

Dated: **10/14/25**

FOREPERSON OF THE JURY

1

3:23