FILED
CLERK, U.S. DISTRICT COURT

11/13/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

Jeffrey Dean Moffatt,

        Defendant.

No. LA CR21-00335 JAK

**JURY NOTE NUMBER** ~~2~~ 3

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___  THE JURY REQUESTS THE FOLLOWING:

Can we please get a copy of Section 1343 of Title 18 of the United States Code

Dated: 10/15/25

FOREPERSON OF THE JURY

1

10:40 am