FILED
CLERK, U.S. DISTRICT COURT

11/13/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DT _____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>v.<br><br>Jeffrey Dean Moffatt,<br><br>     Defendant. | No. LA CR21-00335 JAK<br><br>**JURY NOTE NUMBER** ~~5~~ 6 |

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

X THE JURY REQUESTS THE FOLLOWING:

Is a petition a bargain in the eyes of a law. Does it constitute a bargain.

Dated: 10/15/25

FOREPERSON OF THE JURY

12:39 pm