UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-cr-00335-JAK-1 | Date | June 4, 2026 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|

| Interpreter | N/A |
|---|---|

| M. Lindaya | CourtSmart | David Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Moffatt | | X | X | Jeffrey Moffatt, pro se | X | | |

**Proceedings:    SENTENCING**

The sentencing hearing is held. Mr. Diaz is also present as special counsel. Defendant's objections to the Pre-Sentence Report, and other objections are overruled, and his renewed challenges to his conviction or other trial-related objections are also overruled, for the reasons stated on the record. *See also* Dkts. 373, 374.

Defendant presents arguments as to his Motion for Release on Bail Pending Appeal. After Defendant presents his argument, the Government responds and forgoes filing a written opposition. The Court takes the motion under submission and will issue a separate ruling. If motion is granted, the Defendant's surrender date will be vacated. If it is denied, the surrender date may be extended if necessary to have any appellate review of the denial completed. Failure to self-surrender could result in the issuance of a bench warrant for the Defendant's arrest.

The Court orders the Defendant to file the Motion for Release on Bail Pending Appeal on the docket.

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

**IT IS SO ORDERED.**

cc: USPO; USMS

|  | 1 | : | 04 |
|---|---|---|---|
| Initials of Deputy Clerk | mal | | |