# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MOFFATT,<br><br>Defendant. | No. 2:21-cr-00335-JAK<br><br>**ORDER RE *EX PARTE* APPLICATION: DEFENDANT'S STATUS REPORT REGARDING APPELLATE DOCKETING FEE, TRANSCRIPT COMPLIANCE, AND COUNSEL STATUS AND THE NEED TO CORRECT THE RECORD (DKT. 387)** |

1

Based on a review of the *Ex Parte* Application: Defendant's Status Report Regarding Appellate Docketing Fee, Transcript Compliance, and Counsel Status and the Need to Correct the Record ("Application" (Dkt. 387)), no good cause has been shown for the requested relief. Through the Application, Defendant requests that the record be updated to reflect that he has paid the appellate filing fee, ordered the requisite transcripts and that Humberto Diaz has withdrawn as counsel. Dkt. 387 at 4–5. The record reflects that Defendant paid the $605.00 filing fee on June 15, 2026. Dkt. 382. Further, on July 8, 2026, the Ninth Circuit granted Mr. Diaz's application to withdraw and appoint new counsel. Dkt. 386. Attorney Craig H. Durham has been added as the attorney of record for Defendant. Therefore, the Application is **DENIED** as **MOOT** on these grounds.

As to the record regarding Defendant's transcript order, Defendant is reminded to coordinate with his attorney, Craig H. Durham, to submit filings through the CM/ECF system. Instructions for completing and submitting the G-120 order form are available on page two of the form at https://apps.cacd.uscourts.gov/cm-api/dwwwroot/G-120.pdf. Because there is no showing that the G-120 order form has been filed properly, it has not been shown that the record is deficient. Accordingly, the Application is also **DENIED** on this ground.

**IT IS SO ORDERED.**

Dated:  July 21, 2026

_____
John A. Kronstadt
United States District Judge

2