**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY MOFFATT,

Defendant.

No. 2:21-cr-00335-JAK

**ORDER RE UNOPPOSED EX PARTE APPLICATION FOR ACCESS TO SEALED TRANSCRIPTS FOR APPEAL (DKT. 396)**

Based on a review of the Unopposed Ex Parte Application for Access to Sealed Transcripts for Appeal ("Application" (Dkt. 396)), sufficient good cause has been shown for the requested relief. Therefore, the Application is **GRANTED** as follows:

Defendant's appellate counsel, Craig H. Durham, is permitted to order and/or access sealed transcripts of the following hearings:

| Docket No. | Hearing | Court Reporter |
|---|---|---|
| 38 | 7/28/22; Status/New Counsel | Laura Elias |
| 46 | 9/1/22; Status/New Counsel | Judy Moore |
| 57 | 10/6/22; Status/New Counsel | Judy Moore |
| 78 | 6/8/23; Status | Suzanne McKennon |
| 119 | 3/6/25; Status | Suzanne McKennon |
| 137 | 3/20/25; Status | Miranda Algorri |
| 142 | 5/1/25; Status/New Counsel | Miranda Algorri |
| 163 | 5/22/25; Status | Miriam Baird |
| 188 | 7/17/25; Pretrial | Terri Hourigan |
| 219 | 8/28/25; Status/New Counsel | Laura Elias |

**IT IS SO ORDERED.**

Dated: August 11, 2026



John A. Kronstadt
United States District Judge