**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY MOFFATT,

Defendant.

No. 2:21-cr-00335-JAK

**ORDER RE DEFENDANT-APPELLANT'S EX PARTE APPLICATION TO EXTEND SELF-SURRENDER DATE AND STAY EXECUTION OF SENTENCE PENDING ADJUDICATION OF NINTH CIRCUIT REVIEW (DKT. 402)**

Based on a review of Defendant Jeffrey Moffatt's Ex Parte Application to Extend Self-Surrender Date and Stay Execution of Sentence Pending Adjudication of Ninth Circuit Review ("Application" (Dkt. 402)), and the Government's Opposition to the Application ("Opposition" (Dkt. 403)), sufficient good cause has not been shown for the requested relief. The Defendant's pending motion before the Ninth Circuit for bail pending appeal, has been fully briefed. Presently, there is not a sufficient basis to conclude that it will not be decided prior to the September 30, 2026 self-surrender date. Therefore, the Application is **DENIED WITHOUT PREJUDICE**.

Defendant Jeffrey Moffatt ("Defendant") shall self-surrender to the institution designated by the Bureau of Prisons at or before Noon on September 30, 2026. In the absence of such designation, Defendant shall report on or before the same date and time, to the United States Marshal located at the Felicitas and Gonzalo Mendez U.S. Courthouse, 350 W. First Street, Suite 3001, Los Angeles, CA 90012.

This Order is without prejudice to a renewed application to stay Defendant's self-surrender date if, by September 23, 2026, the Ninth Circuit has not ruled on the pending motion for bail pending appeal.

**IT IS SO ORDERED.**

Dated: September 9, 2026

John A. Kronstadt
United States District Judge